AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **4:24-CV-10017-JEM**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **The Enthusiast LLC**
was recieved by me on  **2/28/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Incorporated Services Ltd.**, who is designated by law to accept service of process on behalf of **The Enthusiast LLC** at **318 N Carson St Ste 208, Carson City, NV 89701** on **02/28/2024 at 3:28 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  02/28/2024

_____
*Server's signature*

**Samantha Curl**
*Printed name and title*

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Incorporated Services Ltd., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**





Tracking #: **0125960279**