## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 4:24-CV-10017-XXXX

Plaintiff:
**AKARI JOHNSON and HAZEL THOMPSON**

vs.

Defendant:
**MMI 82, LLC and THE ENTHUSIAST LLC**


DLE2024013765

For:
Daniel Barroukh
Derek Smith Law Group

Received by DLE Process Servers on the 6th day of March, 2024 at 5:52 pm to be served on **MMI 82, LLC c/o David Byck, its Registered Agent, 8401 Lake Worth Road, Lake Worth, FL 33467**.

I, Miranda Rios, do hereby affirm that on the **12th day of March, 2024** at **4:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Civil Cover Sheet, and Complaint** with the date and hour of service endorsed thereon by me, to: **Danielle Rodriguez** as **Operations Manager/Authorized to Accept Service** for **MMI 82, LLC**, at the address of: **136 Madeira Rd, Islamorada, FL 33036**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
3/12/2024  4:15 pm  Attempted service at 136 Madeira Rd, Islamorada, FL 33036 received by operations manager/person authorized to accept service of Process, Daniella Rodriguez, Hispanic, female, approximately 35 to 40 years old, approximately 5',6", approximately 165 pounds, brown hair, glasses

I certify that I am over the age of 18 & have no interest in the above action, am a Special Process Server, in good standing, in the 16th Judicial Circuit in and for Monroe County; that service was made in accordance with Florida Statutes 48.031. Under penalty of perjury, I declare that I have read the foregoing & that the facts stated in it are true.  Notary not required pursuant to F.S.92.525(2).

**Miranda Rios**
MCSO Appt. #174

**DLE Process Servers**
**936 S.W. 1st. Ave.**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2024013765

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V



| DELIVERED | 03/12/2024 04:15 PM |
|---|---|
| SERVER | MR |
| LICENSE | MCSO Appt. #174 |