UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON

      Plaintiffs,

v.

MMI 82, LLC,
And THE ENTHUSIAST LLC,

      Defendants.

_____

**DEFENDANTS' NOTICE OF FILING PROPOSED ORDER**

Defendants, MMI 82, LLC and THE ENTHUSIAST LLC (collectively referred to as "Defendants"), by and through undersigned counsel, hereby file this Notice of Filing Proposed Order related to the attached Defendants' Unopposed Motion for an Extension of Time [D.E. No. 6].

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Motion for Extension of Time was filed on all parties of record via the CM/ECF system on this 2nd day of April 2024.

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:    (305) 665-6681
Facsimile:    (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon-Vega*

**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
aalmazan@almazanlaw.com

**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com