UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON

    Plaintiffs,

v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

    Defendants.
_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
<u>FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT</u>**

    The Court, having considered Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint, and being otherwise fully advised, finds it to be meritorious; and

    IT IS HEREBY ORDERED that Defendants' motion is **GRANTED**; and both Defendants shall be permitted to respond to Plaintiffs' Complaint through and including April 22, 2024.

IT IS SO ORDERED:

Date:_____, 2024

                                                                    **THE HONORABLE JOSE E. MARTINEZ**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing [Proposed] Order Granting Plaintiffs' Motion for Extension of Time was served on counsel of record, **DANIEL J. BARROUKH**, 520 Brickell Key Drive, Suit 0-301, Miami, Florida 33131, (danielb@dereksmithlaw.com) via the CM/ECF system.

**ALMAZAN LAW**
*Counsel for Plaintiffs*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:    (305) 665-6681
Facsimile:    (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon-Vega*

**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
aalmazan@almazanlaw.com

**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com

*Counsel for Defendants.*