UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 24-10017-CIV-MARTINEZ

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

v.

MMI 82, LLC, and THE ENTHUSIAST LLC,

    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. The Court notes that this is a Fair Labor Standards Act case in which Plaintiffs seek unpaid wages. In order to assist the Court in the management of the case, the parties are **ORDERED** to comply with the following procedures:

    1.    Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (*e.g.*, overtime or regular) **within twenty (20) days** from the date of this Notice. Plaintiff shall promptly serve a copy of this Notice and the statement of claim on each Defendants' counsel when counsel for a Defendant first appears in the case or at the time of filing, if a Defendant's counsel has already appeared in the case.

    2.    Each Defendant shall file a response **within fifteen (15) days** of receiving service of Plaintiff's statement, setting forth in detail any defenses to Plaintiff's claims.

    3.    Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of May, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record