UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,                              CASE NO.: 4:24-cv-10017-JEM

    v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

    Defendants.
_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs, AKARI JOHNSON ("Plaintiff Johnson") and HAZEL THOMPSON ("Plaintiff Thompson"), by and through their undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by the Court's May 31, 2024, Order [D.E. 13]:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly—traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. **Akari Johnson,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    b. **Hazel Thompson,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

1

    c. **MMI 82, LLC,** *Defendant*
       **c/o Almazan Law**
       **7901 Ludlam Road, Suite 100**
       **Miami, Florida 33143**

    d. **THE ENTHUSIAST LLC,** *Defendant*
       **c/o Almazan Law**
       **7901 Ludlam Road, Suite 100**
       **Miami, Florida 33143**

    e. **Daniel J. Barroukh, Esq.,** *Counsel for Plaintiffs*
       **Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    f. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiffs*
       **520 Brickell Key Dr, Suite O-301**
       **Miami, Florida 33131**

    g. **Alexander P. Almazan, Esq.,** *Counsel for Defendants*
       **Almazan Law**
       **7901 Ludlam Road, Suite 100**
       **Miami, Florida 33143**

    h. **Johanna Castellon-Vega, Esq.,** *Counsel for Defendants*
       **Almazan Law**
       **7901 Ludlam Road, Suite 100**
       **Miami, Florida 33143**

    i. **Cameron L. Perkins, Esq.,** *Counsel for Defendants*
       **Almazan Law**
       **7901 Ludlam Road, Suite 100**
       **Miami, Florida 33143**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Akari Johnson,** *Plaintiff*

**Hazel Thompson,** *Plaintiff*

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: Miami, Florida
June 11, 2024

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Daniel J. Barroukh
Daniel J. Barroukh, Esq.
Florida Bar No.: 1049271
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (786) 688-2335
Fax: (305) 503-6741
Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on June 11, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Tel: (305) 665-6681
Fax: (305) 665-6684
service: service@almazanlaw.com

ALEXANDER P. ALMAZON, ESQ.
Florida Bar No.: 159166

JOHANNA CASTELLON-VEGA, ESQ.
Florida Bar No.: 58345

CAMERON L. PERKINS, ESQ.
Florida Bar No.: 1039668