**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON

    Plaintiffs,

v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

    Defendants.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants, MMI 82, LLC and THE ENTHUSIAST LLC (collectively referred to as the "Defendants"), through undersigned counsel, hereby timely files *Defendants' Certificate of Interested Persons and Corporate Disclosure Statement*, and states:

1. A complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

  A. Akari Johnson-Plaintiff
  B. Hazel Thompson-Plaintiff
  C. Derek Smith Law Group, PLLC- Counsel for Plaintiff Akari Johnson & Hazel Thompson
  D. MMI 82, LLC-Defendant
  E. The Enthusiast LLC-Defendant
  F. Almazan Law-Counsel for Defendants MMI 82, LLC and The Enthusiast, LLC

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  A. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

A. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

A. Akari Johnson-Plaintiff
B. Hazel Thompson-Plaintiff
C. MMI 82, LLC
D. The Enthusiast LLC

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed in the Court's CM/ECF portal on this 13th day of June 2024.

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:   (305) 665-6681
Facsimile:   (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon-Vega*

**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
aalmazan@almazanlaw.com

**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com