UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AKARI JOHNSON and HAZEL THOMPSON

  Plaintiff,            Case No.: 4:24-CV-10017-JEM

MMI 82, LLC, and THE ENTHUSIAST, LLC

  Defendants.
_____

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE**

  COMES NOW, R. Edson Briggs, Jr, Esq., of the law firm Almazan Law, and while expressly seeking to reserve all rights, privileges, claims, and defenses, gives Notice of Appearance as counsel for Defendants, MMI 82, LLC, and THE ENTHUSIAST, LLC, and respectfully requests he be served with copies of all future notices, pleadings, orders, and other documents filed with the Court in the above-styled case.

  Pursuant to Fla. R. Gen. Practice & Jud. Admin. 2.516, Defendant's counsel designates the following e-mail addresses for services in this matter:

  **Attorney:**         R. Edson Briggs, Jr., Esq.
  **Primary E-mail Address:**   ebriggs@almazanlaw.com
  **Secondary E-mail Address:** jweiss@almazanlaw.com
                service@almazanlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify a true and correct copy of the foregoing Motion for Extension of Time was filed on all parties of record via the CM/ECF system on this 24th day of June 2024.

**ALMAZAN LAW**
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:    (305) 665-6681
Facsimile:    (305) 665-6684
Service: service@almazanlaw.com

*/s/ R. Edson Briggs, Jr.*
**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
aalmazan@almazanlaw.com
**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com
**R. EDSON BRIGGS, JR., ESQ.**
Florida Bar No.: 4448
ebriggs@almazanlaw.com
**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com

*Counsel for Defendants*