**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON

      Plaintiffs,

v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

      Defendants.

_____

## THE ENTHUSIAST LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT

Defendant, THE ENTHUSIAST LLC ("Defendant" or "The Enthusiast"), through undersigned counsel, hereby files *The Enthusiast LLC's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint*, and states:

## ANSWER TO COMPLAINT

A.      Except as expressly admitted or qualified below, each and every statement, allegation, contention, or insinuation of the *Complaint* is denied.

B.      The *Complaint*'s headings are reproduced herein for ease of reference only. Defendants do not accept, and expressly reject, both the contentions in the headings and characterizations of the pleadings as set forth in those headings.

C.      Capitalized terms not otherwise defined herein shall have meanings expressly ascribed to them in the *Complaint*. Plaintiffs AKARI JOHNSON and HAZEL THOMPSON shall be referred to herein as "Plaintiffs."

D.      Numbered paragraphs 1 through 266 of this *Answer* correspond to the numbered paragraphs of the *Complaint*.

E.       Defendant has retained the undersigned law firm to represent their interests in this matter and is obligated to pay their attorneys a reasonable fee for services provided in connection with this matter. Moreover, Defendant is entitled to recover its reasonable attorneys' fees or costs as provided by law or agreement.

## INTRODUCTION

1.      Denied that The Enthusiast employed Plaintiffs, denied that The Enthusiast has any affiliation with the Plaintiffs, and therefore has no knowledge of the remaining allegations in this paragraph; therefore, they are denied.

2.      Defendant admits the nature of the action; however, denies that the Plaintiffs are entitled to relief.

## PROCEDURAL HISTORY

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

## PARTIES

7.       Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Amended Complaint and therefore the allegations are denied.

8.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Amended Complaint and therefore the allegations are denied.

9.      Admitted.

10.      Admitted only that Defendant is a Nevada limited liability company. Denied that it owns, manages, exercises control over possesses and/or operates any hotels, including Casa Morada. Denied that it maintains a website at all, and specifically that it maintains a website that promotes Casa Morada.

11.      Specifically denied as to Defendant ENTHUSIAST, without knowledge as to MMI; therefore denied.

12.      Specifically denied as to Defendant ENTHUSIAST, without knowledge as to MMI; therefore denied.

13.      Specifically denied as to Defendant ENTHUSIAST, without knowledge as to MMI; therefore denied.

14.      Specifically denied as to Defendant ENTHUSIAST, without knowledge as to MMI; therefore denied.

15.      Specifically denied as to Defendant ENTHUSIAST, without knowledge as to MMI; therefore denied.

## JURISDICTION AND VENUE

16.      Admitted that this Court has jurisdiction. Denied as to any validity of this action and as to any liability of Defendant to Plaintiffs.

17.      Admitted that venue is proper. Denied as to any validity of this action and as to any liability of Defendant to Plaintiffs.

## FACTUAL ALLEGATIONS

18.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

19.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

20.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

21.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

22.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

23.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

24.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

25.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

26.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

**Defendants Unlawfully Denied Plaintiffs Overtime in Violation of the FLSA**

27.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

28.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

29.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

30.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

31.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

32.     Denied.

33.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

34.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

35.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

36.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

37.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

38.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

39.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

40.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

41.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

42.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

43.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

44.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

45.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

46.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

47.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

48.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

49.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

50.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

51.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

52.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

53.     Denied.

**<u>Defendants Unlawfully Discriminated Against Plaintiffs on the Basis of their Race and Color</u>**

54. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

55. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

56. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

57. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

58. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

59. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

60. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

61. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

62. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

63. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

64. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

65. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

66. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

67. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

68. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

69. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

70. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

71. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

72. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

73. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

74. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

75. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

76. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

77. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

78. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

79. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

80. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

81. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

82. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

83. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

**Defendants Unlawfully Retaliated Against Plaintiffs**

84. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

85. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

86. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

87. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

88. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

89. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

90. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

91. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

92. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

93. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

94. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

95. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

96. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

97. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

98. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

99. Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

100.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

101.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

102.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

103.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

104.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

105.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

106.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

107.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

108.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

109.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

**CAUSES OF ACTION**
**COUNT I**
**42 U.S.C. § 1981**
**RACE AND COLOR DISCRIMINATION**
**(Plaintiff Johnson against all Defendants)**

110.     To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

111.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

112.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

113.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

114.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

115.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

116.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

117.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

118.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

119.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

120.      No response to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

121.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

122.      Denied.

123.      Denied.

## COUNT II
### 42 U.S.C. § 1981
### HOSTILE WORK ENVIRONMENT
### (Plaintiff Johnson against all Defendants)

124.      No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

125.      A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

126.      A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

127.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

128.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

129.      Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

130.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

131.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

132.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

133.     No response to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

134.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

135.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

136.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

137.     Denied.

<u>**COUNT III**</u>
**42 U.S.C § 1981**
**RETALIATION**
**(Plaintiff Johnson against all Defendants)**

138.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

139.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

140.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

141.     A legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

142.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

143.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

144.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

145.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

146.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

147.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

148.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

149.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

150.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

151.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

152.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

153.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

154.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

155.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

156.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

157.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

158.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

159.     Denied.

**<u>COUNT IV</u>**
**42 U.S.C. § 1981**
**RACE AND COLOR DISCRIMINATION**
**(Plaintiff Thompson against all Defendants)**

160.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

161.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

162.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

163.     A legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

164.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

165.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

166.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

167.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

168.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

169.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

170.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

171.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

172.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

173.     Denied.

## COUNT V
### 42 U.S.C. § 1981
### HOSTILE WORK ENVIRONMENT
### (Plaintiff Thompson against all Defendants)

174.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

175.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

176.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

177.     A legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

178.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

179.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

180.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

181.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

182.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

183.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

184.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

185.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

186.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

187.     Denied.

**COUNT VI**
**42 U.S.C. § 1981**
**RETALIATION**
**(Plaintiff Thompson against all Defendants)**

188.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

189.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

190.     A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

191.     A legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

192.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

193.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

194.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

195.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

196.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

197.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

198.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

199.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

200.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

201.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

202.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

203.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

204.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

205.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

206.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

207.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

208.    Denied.

209.    Denied.

**COUNT VII**
**29 U.S.C. § 207(1)**
**VIOLATION OF THE FLSA**
**(Plaintiff Johnson against all Defendants)**

210.    No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

211.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

212.    A quotation from a statute does not require a response. To the extent a response is required, denied as to any application to Defendant.

213.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

214.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

215.    A quotation from a statute or legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

216.    Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

217.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

218.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

219.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

220.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

221.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

222.     Denied.

223.     Denied.

<u>**COUNT VIII**</u>
**29 U.S.C. § 207(1)**
**VIOLATION OF THE FLSA**
**(Plaintiff Johnson against all Defendants)**

224.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

225.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

226.     A quotation from a statute or legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

227.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

228.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

229.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

230.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

231.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

232.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

233.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

234.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

235.        Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

236.        Denied.

237.        Denied.

**COUNT IX**
**29 U.S.C. § 207(1)**
**VIOLATION OF THE FLSA**
**(Plaintiff Thompson against all Defendants)**

238.        No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

239.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

240.     A quotation from a statute or legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

241.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

242.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

243.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

244.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

245.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

246.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

247.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

248.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

249.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

250.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

251.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

252.     Denied.

**COUNT X**
**29 U.S.C. § 215(a)(3)**
**VIOLATION OF THE FLSA**
**(Plaintiff Thompson against all Defendants)**

253.     No response is required to this allegation. To the extent a response is required, Defendant restates its responses to these allegations as if fully restated herein.

254.     Denied.

255.     A quotation from a statute or legal conclusion does not require a response. To the extent a response is required, denied as to any application to Defendant.

256.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

257.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

258.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

259.     Denied.

260.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

261.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

262.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

263.     Denied as to the ENTHUSIAST; as to the remainder, without knowledge, therefore denied.

264.     Denied.

265.     Denied.

266.     Denied.

In answering the unnumbered WHEREFORE clause and the Prayer for Relief following Paragraph 266 of the Complaint, Defendant denies Plaintiffs are entitled to any relief whatsoever and, instead, Defendant demands recovery of its recovery attorneys' fees and costs from Plaintiffs for the defense of this action to the greatest extent permitted by law, including, but not limited to, Rule 11 and/or § 57.105, Fla. Stat. (2023).

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff and without admitting any of the allegations or claims in the Complaint, Defendant pleads the following defenses to the Complaint. Defendant reserves the right to plead additional defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim against the Defendant upon which relief can be granted.  Among other things, The Enthusiast did not employ the Plaintiffs, it has no affiliation with the Plaintiffs.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim against the Defendant upon which relief can be granted.  Among other things, the allegations in Plaintiff's Complaint lack factual support.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims for injuries and damages resulting from occurrence alleged in the operative complaint are barred, or in the alternative, are subject to reduction, by any benefits paid or payable.

## FOURTH AFFIRMATIVE DEFENSE

Any damages, which are expressly denied, were not the result of Defendant's actions or omissions.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff is precluded from recovering any alleged or purported damages which are speculative, uncertain, or incapable of calculation.

## RESERVATION OF RIGHTS

Defendant hereby reserves the right to assert any additional defenses or matters in avoidance that may be disclosed during the course of additional investigation and discovery.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues so triable.

WHEREFORE, having fully answered or otherwise responded to the allegations contained in Plaintiff's Complaint, Defendant THE ENTHUSIAST, LLC, demands final judgment in its favor, which provides that Plaintiffs AKARI JOHNSON and HAZEL THOMPSON, take nothing from his Complaint and that Defendant THE ENTHUSIAST, LLC, shall recover from Plaintiffs

AKARI JOHNSON and HAZEL THOMPSON, its taxable costs incurred (including any attorneys'

fees which may be recoverable under the circumstances), including pre-judgment interest on any

liquidated sums and post-judgment interest, and for all such other relief which the Court deems

appropriate under the law.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the following by e-

mail or e-service on December 20, 2024:

**Daneil J. Barroukh, Esq.**, Derek Smith Law Group, PLLC, 520 Brickell Key
Drive, Suite O-301, Miami, Florida 33131, danielb@dereksmithlaw.com,
kyle@dereksmithlaw.com, david@dereksmithlaw.com.

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:     (305) 665-6681
Facsimile:      (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon-Vega*

**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**R. EDSON BRIGGS, JR., ESQ.**
Florida Bar No.: 0004448
ebriggs@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com