**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AKARI JOHNSON and
HAZEL THOMPSON,

       Plaintiffs,                                CASE NO.: 4:24-cv-10017-JEM

v.

MMI 82, LLC and
THE ENTHUSIAST LLC,

       Defendants.
_____/

## **NOTICE OF MEDIATION**

    Plaintiffs, AKARI JOHNSON and HAZEL THOMPSON, hereby give notice that the mediation conference in the above-captioned matter will be held on Tuesday, May 6, 2025, at 10:00 a.m., before Jeffrey Streitfeld, Esq., via Zoom or other comparable video conferencing technology. Undersigned states the date, time, and place were agreed to by all parties.

    Dated this 13th day of March, 2025.

                                                          **DEREK SMITH LAW GROUP, PLLC**

                                                          */s/ Daniel J. Barroukh*
                                                          Daniel J. Barroukh, Esq.
                                                          Florida Bar No. 1049271
                                                          Derek Smith Law Group, PLLC
                                                          520 Brickell Key Drive, Suite O-301
                                                          Miami, FL, 33131
                                                          Tel: (305) 946-1884
                                                          Fax: (305) 503-6741
                                                          danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 13, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Tel: (305) 665-6681
Fax: (305) 665-6684
Email: service@almazanlaw.com

ALEXANDER P. ALMAZON, ESQ.
Florida Bar No.: 159166
aalmazan@almazanlaw.com

JOHANNA CASTELLON-VEGA, ESQ.
Florida Bar No.: 58345
jvega@almazanlaw.com

CAMERON L. PERKINS, ESQ.
Florida Bar No.: 1039668
cperkins@almazanlaw.com