UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,
v.

MMI 82, LLC, and
THE ENTHUSIAST LLC,

    Defendants.
_____/

## DEFENDANTS' MOTION TO EXTEND THE DISCOVERY DEADLINE

Defendants, MMI 82, LLC and THE ENTHUSIAST LLC ("Defendants"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and all other applicable rules, orders, and case law, hereby file this *Motion to Extend the Discovery Deadline* ("Motion"), and as grounds state:

1. On May 31, 2024, the Court entered an Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Order") [E.C.F. 13]

2. Per the Order, the deadline for discovery completion is March 20, 2025.

3. On March 3, 2025, Plaintiffs responded to Defendant's discovery requests, including document production and interrogatories. In connection with the document production, Plaintiffs produced signed declarations of Aileen Gonzalez and Daniella Rodriguez. The Defendants require some additional time to subpoena and set both witnesses for deposition.

4. Therefore, the undersigned requests that the Court allow the parties to conduct discovery for an additional sixty (60) days, through and including May 17, 2025.

5. No parties would suffer any prejudice or inconvenience as a result of the relief requested in this Motion.

6. The requested relief is not for any improper purpose. Rather, the relief sought will provide counsel with sufficient opportunity to prepare the case and make an appropriate presentation to the Court and factfinder.

7. The undersigned certifies that the requested extension will not affect the trial date, (currently set for July 28, 2025), or any other deadline set forth in the Scheduling Order.

**WHEREFORE**, Defendants, MMI 82, LLC and THE ENTHUSIAST LLC respectfully request this Court enter an Order granting this Motion, as reflected above, and granting any further relief this Court deems just and proper.

## CERTIFICATION OF CONFERRAL UNDER LOCAL RULE 7.1 (A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that on March 13, 2025, counsel for Defendants conferred with Plaintiffs' counsel regarding the relief sought in this Motion, and unfortunately counsel for the Plaintiffs did not agree to the relief sought herein.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the following by e-mail or e-service on March 17, 2025:

**Daneil J. Barroukh, Esq.**, Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131, danielb@dereksmithlaw.com, kyle@dereksmithlaw.com, david@dereksmithlaw.com.

    Respectfully submitted,

    **ALMAZAN LAW**
    *Counsel for Defendants*
    7901 Ludlam Road, Suite 100
    Miami, Florida 33143

Telephone: (305) 665-6681
Facsimile: (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon Vega*
**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
Primary: aalmazan@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com