UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 4:24-CV-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON

 Plaintiffs,

v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

 Defendants.

_____

**DEFENDANTS' INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1)**

Defendants, MMI 82, LLC and THE ENTHUSIAST LLC (collectively referred to as the "Defendants"), through undersigned counsel, hereby timely files *Defendants' Initial Disclosures Under F.R.C.P. 26(a)(1)*, and states:

**I. List of Individuals:**

1. Akari Johnson, Plaintiff, c/o Derek Smith Law Group; should have knowledge regarding the claims he has brought forth.

2. Hazel Thompson, Plaintiff, c/o Derek Smith Law Group; should have knowledge regarding the claims she has brought forth.

3. Mr. Oneill Khosa c/o Almazan Law, 7901 Ludlam Road, #100, Miami, Florida 33143; may hold information related to the subject matter of the claims alleged by the Defendants.

4. Ms. Aileen Gonzalez, not employed by MMI82 LLC; may hold information related to the subject matter of the claims alleged by the Defendants.

EXHIBIT A

5. Ms. Ellen Summers c/o 7901 Ludlam Road, #100, Miami, Florida 33143; may hold information related to the subject matter of the claims alleged by the Defendants.

6. Corporate Representative of MMI82 LLC c/o 7901 Ludlam Road, #100, Miami, Florida 33143; may hold information related to the subject matter of the claims alleged by the Defendants.

II. **List of Documents, Electronically Stored Information (ESI) or Tangible Things** *(in Defendants' possession, custody or control):*

1. All Documents responsive to the Plaintiff's request for production
2. All responses to Plaintiff's interrogatories

III. **Computation of Damages:**

1. Discovery is still ongoing.

IV. **Insurance:**

1. N/A.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the following by e-mail or e-service on September 3, 2024:

**Daneil J. Barroukh, Esq.**, Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, Florida 33131, danielb@dereksmithlaw.com, kyle@dereksmithlaw.com, david@dereksmithlaw.com.

**ALMAZAN LAW**
*Counsel for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone:   (305) 665-6681
Facsimile:   (305) 665-6684
Service: service@almazanlaw.com

*/s/ Johanna Castellon-Vega*

**ALEXANDER P. ALMAZAN, ESQ.**
Florida Bar No.: 159166
aalmazan@almazanlaw.com

**JOHANNA CASTELLON-VEGA, ESQ.**
Florida Bar No.: 58345
jvega@almazanlaw.com

**CAMERON L. PERKINS, ESQ.**
Florida Bar No. 1039668
cperkins@almazanlaw.com