## David Rodriguez

| | |
|---|---|
| From: | David Rodriguez |
| Sent: | Wednesday, January 8, 2025 9:32 AM |
| To: | jvega@almazanlaw.com; ebriggs@almazanlaw.com; aalmazan@almazanlaw.com; cperkins@almazanlaw.com |
| Cc: | Daniel Barroukh; jweiss@almazanlaw.com; pleadings@almazanlaw.com; service@almazanlaw.com; esanchez@almazanlaw.com |
| Subject: | SERVICE OF COURT DOCUMENT - CASE NO. 4:24-cv-10017-JEM - AKARI JOHNSON ET AL. v. MMI 82, LLC ET AL. |
| Attachments: | Plaintiff Bates Nos. AJ000001-AJ000005.pdf |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**SERVICE OF COURT DOCUMENT**

| Court: | United States District Court – Southern District of Florida |
|---|---|
| Case Number: | 4:24-cv-10017-JEM |
| Initial Party (Plaintiff): | Akari Johnson and Hazel Thompson |
| Initial Party (Defendant): | MMI 82, LLC and The Enthusiast LLC |
| Title of Document(s) Served: | Plaintiff Bates Nos. AJ000001-AJ000005 |
| Sender's Name: | Daniel J. Barroukh, Esq. |
| Sender's Telephone Number: | (786) 688-2335 |

**David Rodriguez**
Paralegal - Miami



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 688-2325
Email: david@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com

New York  |  New Jersey  |  Philadelphia  |  Miami  |  Los Angeles  |  San Francisco  |  San Diego  |  Washington D.C.

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

