**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:24-CV-10017-MARTINEZ/SANCHEZ**

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

vs.

MMI 82, LLC and
THE ENTHUSIAST LLC,

    Defendants.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED by and between the undersigned that Anthony V. Narula, Esq., Rasheem Johnson, Esq., and Joanna Niworowski, Esq. of Caldera Law PLLC, are hereby substituted for Johanna Castellon Vega, Esq., Alexander P. Almazan, Esq., and Cameron L. Perkins, Esq. of Almazan Law, as counsel of record for Defendants, MMI 82, LLC and The Enthusiast LLC, in the above-captioned case. Defendants consent to the substitution of counsel. Filing of this stipulation serves as notice to all interested parties of such substitution. Hereafter, all pleadings and papers directed to Defendants shall be served upon Anthony V. Narula, Esq. Rasheem Johnson, Esq., and Joanna Niworowski, Esq. of Caldera Law PLLC, 7293 NW 2nd Ave, Miami, Florida 33150, Telephone: 786-321-3811, Email: anthony@caldera.law, rasheem@caldera.law, joanna@caldera.law, and eservice@caldera.law.

| | |
|---|---|
| **ALMAZAN LAW**<br>7901 Ludlam Road, Suite 100<br>Miami, Florida 33143<br>Telephone: 305-665-6681<br><br>By:  /s Alexander P. Almazan<br>  Johanna Castellon Vega, Esq. (FBN 58345)<br>  jvega@almazanlaw.com<br>  Alexander P. Almazan, Esq. (FBN 159166)<br>  aalmazen@almazanlaw.com<br>  Cameron L. Perkins, Esq. (FBN 1039668)<br>  cperkins@almazanlaw.com<br>  service@almazanlaw.com | **CALDERA LAW PLLC**<br>7293 NW 2nd Ave<br>Miami, Florida 33150<br>Telephone: (786) 321-3811<br><br>By: /s Anthony Narula<br>  Anthony V. Narula, Esq. (FBN 56546)<br>  anthony@caldera.law<br>  Rasheem Johnson, Esq. (FBN 1011350)<br>  rasheem@caldera.law<br>  Joanna Niworowski, Esq. (FBN 1031440)<br>  joanna@caldera.law<br>  eservice@caldera.law |

**Defendants' Consent to Substitution of Counsel**

Defendant MMI 82, LLC hereby consents to the above substitution of counsel.

**MMI 82, LLC**

By: _[signature]_

Name: Oneil Khosa

Title: Manager

Date: 04 / 30 / 2025


Defendant The Enthusiast LLC hereby consents to the above substitution of counsel.

**The Enthusiast LLC**

By: _[signature]_

Name: Oneil Khosa

Title: Manager

Date: 04 / 30 / 2025

2

Doc ID: ace51ed84766127d3ecac1d59add5fb59aa8f6ab