UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 24-10017-CIV-MARTINEZ

AKARI JOHNSON and HAZEL THOMPSON,

    Plaintiffs,

v.

MMI 82, LLC, and THE ENTHUSIAST LLC,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon Defendants' Stipulation for Substitution of Counsel, which the Court construes as a motion for substitution of counsel ("Motion"). (ECF No. 40). After careful consideration, it is,

**ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 40), is **GRANTED**.

2. Johanna Castellon Vega, Esq., Alexander P. Almazan, Esq., and Cameron L. Perkins, Esq. of Almazan Law shall be permitted to withdraw as counsel for Defendants and are discharged from all further obligation and responsibility in this action.

3. Anthony V. Narula, Esq., Rasheem Johnson, Esq., and Joanna Niworowski, Esq. of Caldera Law PLLC are hereby substituted as counsel of record for Defendants. All further papers and pleadings shall be served on: Anthony V. Narula, Esq. Rasheem Johnson, Esq., and Joanna Niworowski, Esq. of Caldera Law PLLC, 7293 NW 2nd Ave, Miami, Florida 33150, Telephone: 786-321-3811, Email: anthony@caldera.law, rasheem@caldera.law, joanna@caldera.law, and eservice@caldera.law.

2

4. The Clerk is directed to remove Johanna Castellon Vega, Esq., Alexander P. Almazan, Esq., and Cameron L. Perkins, Esq. and the law firm Almazan Law from the Court's CM/ECF email system for this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida 2 day of May 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record