# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 4:24-CV-10017-MARTINEZ/SANCHEZ**

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

vs.

MMI 82, LLC and
THE ENTHUSIAST LLC,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL**
**DEADLINES AND CONTINUE TRIAL**

THIS MATTER, having come before the Court upon the Parties' Joint Motion to Extend Pretrial Deadlines and Continue Trial [DE ___], filed on ____, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Motion is **GRANTED**.

2. For good cause shown, the Court hereby extends the pretrial deadlines by 45 days. The pretrial deadlines are extended as follows:

| Category | Previous Deadline | New Deadline |
|---|---|---|
| Discovery shall be completed. | 05-17-2025 | 07-01-2025 |
| Mediation shall be completed. | 5-29-2025 | 07-13-2025 |
| All pretrial motions and memoranda of law including, *Daubert* and dispositive motions, must be filed. Each party is limited to filing a single motion *in limine*, which may | 06-03-2025 | 07-18-2025 |

| | | |
|---|---|---|
| not, without leave of Court, exceed the 20-page limit allowed by the Rules. | | |
| Joint Pretrial Stipulation must be filed. | 06-28-2025 | 08-12-2025 |
| Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. | 07-21-2025 | 09-04-2025 |
| Proposed *voir dire* questions must be filed. | 07-23-2025 | 09-06-2025 |

3. For good cause shown, the Court further continues the trial in this matter. Trial is scheduled to commence during the two-week period beginning Monday, September 15, 2025, at 9:30 a.m., before Jose E. Martinez, United States District Judge, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar Call will be held on Thursday, September 11, 2025, at 1:30 p.m., 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this _____ day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE
JOSE E. MARTINEZ