UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 24-10017-CIV-MARTINEZ

AKARI JOHNSON and HAZEL THOMPSON,

    Plaintiffs,

v.

MMI 82, LLC, and THE ENTHUSIAST LLC,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINES AND CONTINUE TRIAL

THIS MATTER, having come before the Court upon the Parties' Joint Motion to Extend Pretrial Deadlines and Continue Trial ("Motion"), (ECF No. 42), and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Motion, (ECF No. 42), is **GRANTED**.

2. For good cause shown, the Court hereby extends the pretrial deadlines as follows:

| Category | Previous Deadline | New Deadline |
|---|---|---|
| Discovery shall be completed. | 05-17-2025 | 07-01-2025 |
| Mediation shall be completed. | 05-29-2025 | 07-24-2025 |
| All pretrial motions and memoranda of law including, *Daubert* and dispositive motions, must be filed. Each party is limited to filing a single motion *in limine*, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. | 06-03-2025 | 08-08-2025 |

| Joint Pretrial Stipulation must be filed. | 06-28-2025 | 08-22-2025 |
| Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. | 07-21-2025 | 09-15-2025 |
| Proposed *voir dire* questions must be filed. | 07-23-2025 | 09-17-2025 |

3. For good cause shown, the Court further continues the trial in this matter. Trial is scheduled to commence during the two-week period beginning **Monday, September 22, 2025**, at 9:30 a.m., before Jose E. Martinez, United States District Judge, 301 Simonton Street, Courtroom 1, Key West, Florida. Calendar Call will be held on **Thursday, September 18, 2025**, at 1:30 p.m., 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers in Miami, Florida this __9__ day of May 2025.

UNITED STATES DISTRICT JUDGE
JOSE E. MARTINEZ

Copies provided to:
All counsel of record