**EXHIBIT G**



DEF 000013

## Timecard 004 — A'Kari

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Ji Mo 8:32A | Mo 6:30P | | | |
| Au Tu 6:57A | Tu 3:15pM | 12:20 | 12:20 | 7:30 |
| We 6:57A | We 4:30P | 9:36 | 21:56 | |
| Th 6:48A | Th 5:11P | 10:23 | 19:39 | |
| Fr 9:10AM | Fr 6:36P | 10:02 | 30:06 | 9:57 |
| Sa 9:21P | Su 10:17P | 6:56 | 35:32 | |

## Timecard 100 — Alan

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Au Mo 6:59A | Mo 3:09P | 3:15 | 8:10 | |
| Tu 3:22P | | | | |
| We 3:55P | We 9:00P | 5:05 | 13:15 | |
| Th 7:02A | Th 3:01P | 7:59 | 21:14 | |
| Sp Fr 6:56A | | | | |
| Fr 8:05P | | | | |

## Timecard (Alan) — "Come in at 6:56, forgot to clock out until 7:07!"

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| 7:07A | 9:25P 7:00AM | 7:00AM | | |
| 9:59A 6:56 AM | | 6:56 AM | | |

DEF 000014

**Card 090** — Name: Akari — No. 3

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Mo Tu 2:52P | Tu 8:01P | 5:09 | 5:09 | |
| We 2:00P | We 9:00P | | | |

**Card 098** — Name: Akari — No. 4

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Mo TH 1:34P | TH 9:01pm | | | |
| Fr 3:20P | FR 8:28Pm | | | |

**Card 081** — Name: Akari — No. 2

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Mo Tu 3:31P | Tu 3:09P | 9:06 | 9:06 | |
| Mo 3:31pm – Mo 9:07pm | | | | |
| Thurs 6:31Am – 3:39pm | | | | |

DEF 000015

**040**

Name: ASARI  No. 2

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| De Fr 1:54P | Fr 7:55P | 6:01 | 6:01 | |
| Sa 3:16P | Sa 7:54P | 4:38 | 10:39 | |

**036**

Name: ASARI

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| De Th 7:29A | Th 7:05A | | | |

DEF 000016

079

Name: Akcan   No.
Period
Hours   Rate   Amount

| START | | STOP | | WORKED | ACCUMULATED | TASK |
|---|---|---|---|---|---|---|
| IN | | OUT | | HOURS | TOTAL | COMMENTS |
| Mo Mo | 3:00P | Mo | 9:00P | 6:00 | 6:00 | |
| Tu | 2:27P | Tu | 8:45P | 6:18 | 12:18 | |
| We 1:00am We 7:05 p.m | | | | | | |

B = Automatic Break Deduction
SCANNED

Signature
COMPUMATIC™   E7

DEF 000017