

DEF 000221

0098702323220 AUG 10 #0000007829 $2,285.00

**EXHIBIT**

**H**



DEF 000222

006090409745 AUG 30 #00000007846 $1,860.00



DEF 000223

002080008580 SEP 11 #0000007857 $1,440.00







**DEF 000226**

0046705465 81 OCT 10 #00000007882 $1,777.23



DEF 000227
0092704319751 OCT 20 #0000007899 $1,818.29



DEF 000228



DEF 000229

006470508012 NOV 20 #0000007921 $2,101.29



DEF 000230

0072908815902 DEC 11 #00000007931 $1,164.06



DEF 000231

0062807783069 DEC 18 #0000007937 $1,510.51





DEF 000233

00929004272 JUN 30 #0000007785 $1,152.00



**DEF 000234**

00927044212 JUL 14 #0000007797 $1,922.00



DEF 000235

0061706766666 JUL 31 #00000007807 $546.70



**DEF 000236**

006170677175 JUL 31 #0000007809 $1,600.00



DEF 000237

0054808889900 AUG 10 #00000007828 $1,600.00



DEF 000238

0056704471679 AUG 29 #00000007845 $1,600.00



DEF 000239



DEF 000240
0046703444529 SEP 25 #0000007871 $1,600.00



**DEF 000241**

0046703340425 OCT 10 #00000007883 $1,600.00



**DEF 000242**

0069708866640 OCT 23 #0000007900 $1,600.00



DEF 000243
001680124256 NOV 06 #0000007901 $1,600.00



0016801124255 NOV 06 #0000007904 SEF 000244



DEF 000245

00959042652B NOV 20 #0000007922 $1,800.00



DEF 000246





DEF 000248

002790188394 DEC 18 #0000007938 $1,600.00



Casa Marsala - MM1182 LLC

PAY TO THE ORDER OF Hospitality Hub Int. LLC   $115.00

One hundred & Fifteen dollars

DATE 7/15/2018

CHASE

FOR Stephanie & Hazel Payment

**DEF 000249**

0021804483302 JUL 18 #0000007804 $115.00







**DEF 000252**

0091807758774 AUG 22 #00000007840 $170.00



**DEF 000253**

00929006304 6 SEP 22 #00000007842 $380.60



**DEF 000254**

0088703678883 SEP 05 #0000007850 $666.00



**DEF 000255**
0020800005282 SEP 11 #00000007856 $458.00



DEF. 000256

005670223294 SEP 25 #0000007874 $418.04