

UNITED STATES DEPARTMENT OF LABOR
Wage and Hour Division
Miami District Office
11400 N. Kendall Dr. Suite 201
Miami, FL 33176
Tel & Fax: (305) 270-5591



April 22, 2024

MMI 82,LLC
d/b/a Casa Morada Resort
136 Madeira Road
Islamorada FL 33036

Transmitted via:  email

Re: Wage & Hour Division Investigation

Case ID: 1989456

Dear  Oneil khosa,

The Wage and Hour Division (WHD) of the U.S. Department of Labor is responsible for administering and enforcing a number of federal labor laws, including the Fair Labor Standards Act (FLSA). This letter is to inform you of the agency's plans to conduct a compliance review on **April 5, 2024,** to determine your compliance with the FLSA. The enclosed pamphlet briefly describes the FLSA.

Authority for this investigation is contained in Section 11(a) of the FLSA. Section 11(a) states:

> The Administrator or his designated representatives may investigate and gather data regarding the wages, hours, and other conditions and practices of employment in any industry subject to this chapter, and may enter and inspect such places and such records (and make such transcriptions thereof), question such employees, and investigate such facts, conditions, practices or matters as he may deem necessary or appropriate to determine whether any person has violated any provision of this chapter or which may aid in the enforcement of the provisions of this chapter.

**Period of Investigation**: April 6, 2022 to April 5, 2024.

> In order to conduct the investigation with as little disruption to your business operations as possible, please provide records for inspection on **April 26, 2024,** all documents providing the following information for the last two years, ending with your last completed payroll.

1. Legal name of the company and all other names used by the company (e.g., "Doing Business As" names).
2. List of worksites and branch locations in Florida.

3. Names, addresses, email addresses, and telephone numbers of all business owners and company officers (e.g., President, Treasurer, Secretary, Board of Directors and other Corporate Officers) along with a company organizational chart if you have one.

Page **1** of **3**



EXHIBIT K

DEF 000749

4. Records demonstrating your gross annual dollar volume of sales for the past **three** years. Please provide a copy of the respective Tax Filing Document (IRS Form 1120, 1120s, 1040, etc.) that shows the Gross Sales for the enterprise for each year. If taxes have not been filed for the most recent period, please provide your most recent sales record.

5. A list of all current and former employees employed during the period of investigation along with their address, email address, telephone number (mobile and landline), hourly rate or salary, job title, shift, Termination date and whether you consider that employee exempt from overtime pay .

6. Documents reflecting <u>weekly gross pay</u> (e.g. copy of payroll registers, cash ledger, cash payment etc.), and other compensation (e.g. commissions, incentives, tips, etc.) during the period of investigation. From April 6, 2022 to April 5, 2024.

7. Documents reflecting <u>weekly and daily records of hours worked</u> (e.g. sign-in/out sheets, schedules, time cards, etc.) of all workers during the period of investigation. From April 6, 2022 to April 5, 2024.

8. Birth dates for all employees under age 18 who worked during the past 24 months.

9. 1099 Forms and contract documents for any independent contractors, subcontractors or day laborers at this establishment for the period of investigation;

10. Federal Employer Identification Number (FEIN)

11. Out of state invoices for suppliers and vendors, including Name, Address, City, State and zip code. If you accept credit cards, provide a copy of the most recent billing statement from the Merchant Services Provider.

12. Employee rights under The Fair Labor Standards act (FLSA), and The Family and Medical Leave Act (FMLA) posters.

We request that you make all of the listed documents available electronically on or before Tuesday **April 26, 2024,** pursuant to the authority contained in Section 11(a) and (c) of the FLSA and in Title 29, Code of Federal Regulations, Part 516.

WHD prefers that you submit all records electronically through the WHD Portal or to my email address Tapia.Guim.Piedad@dol.gov.

- **To upload the documents requested, first create an account by using the information below.**

| Portal Access Information | |
|---:|:---|
| Link: | https://webapps.dol.gov/eup |
| Case ID: | _1989456_ |
| Zip Code: | _33036_ |

Section 15(a)(3) of the FLSA prohibits you from retaliating against any person who files a complaint with the Wage and Hour Division or who cooperates with a Wage and Hour Division investigation. The law also prohibits you from retaliating against your employees for accepting payment of any wages owed to them or from requiring your employee to return or decline payment of any wages owed to them.

I will make every effort to conduct this investigation expeditiously and with a minimum of inconvenience to you and your employees. However, please note that the list above is not intended to be an exhaustive or final list of records to be examined.

If you are unable to be present on the date and time indicated, you may designate a representative to act on your behalf. Should you or your representative be unable to attend the scheduled meeting, please notify me as soon as possible but no later than the preceding business day.

If you have any questions, please call me at (917)847-6600.

Sincerely,

*Piedad Tapia Guim*
Piedad Tapia Guim
Wage & Hour Investigator

Enclosures: Handy Reference Guide, FLSA, Fact Sheet #44, Retaliation Fact Sheet #77A, Fact Sheet #21, Fact Sheet #23, Child Labor Fact Sheet#43 , FMLA #28