**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AKARI JOHNSON and
HAZEL THOMPSON,

       Plaintiffs,                             CASE NO.: 4:24-cv-10017-JEM

v.

MMI 82, LLC and
THE ENTHUSIAST LLC,

       Defendants.
_____/

## NOTICE OF FILING PROPOSED ORDER

       Plaintiffs, AKARI JOHNSON and HAZEL THOMPSON, by and through their undersigned counsel, give notice of filing their Proposed Order to Plaintiffs' Motion for Sanctions Based on the Defendants' Spoliation of Evidence [ECF No. 44].

| | |
|---|---|
| Dated: Miami, Florida<br>May 27, 2025, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiffs* |

                                                */s/ Daniel J. Barroukh*
                                                Daniel J. Barroukh, Esq.
                                                Florida Bar No.: 1049271
                                                Derek Smith Law Group, PLLC
                                                520 Brickell Key Drive, Suite O-301
                                                Miami, FL 33131
                                                Tel: (305) 946-1884
                                                Fax: (305) 503-6741
                                                Danielb@dereksmithlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on May 27, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel J. Barroukh*
Daniel J. Barroukh, Esq.

## SERVICE LIST

**CALDERA LAW**
*Counsel for Defendants*
7293 NW 2nd Ave
Miami, Florida 33150
Tel: (786) 321-3811
Fax: (305) 665-6684
Email: eservice@caldera.law

ANTHONY V. NARULA, ESQ.
Florida Bar No.: 56546
anthony@caldera.law

RASHEEM JOHNSON, ESQ.
Florida Bar No.: 1011350
rasheem@caldera.law

JOANNA NIWOROWSKI, ESQ.
Florida Bar No.: 1031440
joanna@caldera.law