UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AKARI JOHNSON and
HAZEL THOMPSON,

      Plaintiffs,                              CASE NO.: 4:24-cv-10017-JEM

v.

MMI 82, LLC and
THE ENTHUSIAST LLC,

      Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS BASED ON THE DEFENDANTS' SPOLIATION OF EVIDENCE

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Sanctions Based on the Defendants' Spoliation of Evidence (ECF No. 44). The Court, having considered the Motion and pertinent portions of the record and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED that

    1.    Plaintiffs' Motion for Sanctions Based on the Defendants' Spoliation of Evidence is **GRANTED**.

    2.    The Clerk of Court is directed to **STRIKE** Defendants' respective Answers and Affirmative Defenses (ECF Nos. 24 and 25), and default judgment as to the Defendants' liability is hereby **ENTERED**.

    3.    Plaintiffs shall be awarded their reasonable attorney's fees and costs incurred in connection with the Motion for Sanctions Based on the Defendants' Spoliation of Evidence. Plaintiffs are directed to submit an accounting of attorney's fees and costs supported by affidavits and any other supporting documentation within seven (7) days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of _____, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record