UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:24-CV-10017-MARTINEZ/SANCHEZ

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

vs.

MMI 82, LLC and
THE ENTHUSIAST LLC,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS**

Defendants, MMI 82, LLC and The Enthusiast LLC (collectively "Defendants"), by and through undersigned counsel, respectfully requests a fourteen (14) day extension of time, through and including June 24, 2025, to respond to Plaintiffs' Motion for Sanctions Based on the Defendants' Spoliation of Evidence [DE 44] (the "Motion"). In support thereof, Defendants state as follows:

1. Plaintiffs filed the Motion on May 27, 2025, and Defendants' response is currently due on June 10, 2025.

2. Good cause exists to grant Defendants' request because they would be prejudiced absent the extension of time.

3. The undersigned, who substituted into the case approximately a month ago, on May 2, 2025, has been working diligently to prepare a response to the Motion but requires more time to investigate the allegations in the Motion and to prepare an adequate response to a motion seeking serious sanctions.

4. Specifically, the undersigned is investigating the allegations and performing further searches for responsive and relevant documents. Such searches have already yielded additional relevant documents that were produced to Plaintiffs' counsel prior to the filing of Plaintiffs' Motion.

5. In addition, Defendants are preparing to take the depositions of the two non-party witnesses whose declarations Plaintiffs rely on in their Motion. Specifically, the undersigned is taking the deposition of Ms. Daniella Rodriguez on June 5, 2025. The deposition of Ms. Aileen Gonzalez is tentatively scheduled for June 17, 2025. Defendants believe that the testimony of these two witnesses will be crucial for the determination of Plaintiffs' Motion by the Court.

6. Accordingly, Defendants request a fourteen (14) day extension, up and through June 24, 2025, to respond to the Motion.

4. This motion is made in good faith and not for purposes of delay. This short fourteen (14) day extension will not interfere with any other deadlines in this matter.

5. Defendants' counsel has conferred with counsel for Plaintiffs, who indicated that they do not oppose Defendants' requested extension.

WHEREFORE, Defendants respectfully request that this Court enter an order extending the deadline for Defendants to respond to the Motion by fourteen (14) days, through and including June 24, 2025. A proposed order granting this relief is attached as **Exhibit A** for the Court's consideration.

Dated: June 4, 2025

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that I conferred via telephone call with Plaintiffs' counsel about the relief sought in this motion and Plaintiffs do not oppose the extension sought herein.

*/s/ Joanna Niworowski*
Joanna Niworowski, Esq.


**CALDERA LAW PLLC**
7293 NW 2nd Ave
Miami, Florida 33150
Telephone: (786) 321-3811

By:   */s/ Anthony Narula*
Anthony V. Narula, Esq. (FBN 56546)
anthony@caldera.law
Rasheem Johnson, Esq. (FBN 1011350)
rasheem@caldera.law
Joanna Niworowski, Esq. (FBN 1031440)
joanna@caldera.law
eservice@caldera.law