# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:24-CV-10017-MARTINEZ/SANCHEZ

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

vs.

MMI 82, LLC and
THE ENTHUSIAST LLC,

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SANCTIONS**

THIS MATTER, having come before the Court upon Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Sanctions [DE ___], filed on June 4, 2025, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Motion is **GRANTED**.

2. Defendants MMI 82, LLC and The Enthusiast LLC shall file their response to Plaintiffs' Motion for Sanctions Based on the Defendants' Spoliation of Evidence [DE 44] on or before June 24, 2025.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this _____ day of June, 2025.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE
                                                                   JOSE E. MARTINEZ