UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 24-10017-CIV-MARTINEZ

AKARI JOHNSON and
HAZEL THOMPSON

    Plaintiffs,

v.

MMI 82, LLC,
and THE ENTHUSIAST LLC,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above captioned cause is referred to United States Magistrate Judge **Eduardo I. Sanchez** to take all necessary and proper action as required by law with respect to:

**All matters relating to Plaintiffs' Motion for Sanctions, (ECF No. 44).**

It is further **ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption: (**Case Number: 24-10017-CIV-MARTINEZ-SANCHEZ**).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of June, 2025.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record