UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:24-10017-CIV-MARTINEZ-SANCHEZ

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

vs.

MMI 82, LLC and
THE ENTHUSIAST LLC,

    Defendants.
_____/

## NOTICE OF FILING EXHIBITS

Defendants, MMI 82, LLC and The Enthusiast LLC (collectively, the "Defendants"), hereby give notice of filing of their exhibits to their Response to Plaintiffs' Motion for Sanctions [DE 51], which had to be filed separately due to technical difficulties Defendants' counsel encountered in submitting the exhibits together with the Response.

                                                          **CALDERA LAW PLLC**
                                                          7293 NW 2nd Ave
                                                          Miami, Florida 33150
                                                          Telephone: (786) 321-3811

                                                          By:    */s Anthony Narula*
                                                                  Anthony V. Narula, Esq. (FBN 56546)
                                                                  anthony@caldera.law
                                                                  Rasheem Johnson, Esq. (FBN 1011350)
                                                                  rasheem@caldera.law
                                                                  Joanna Niworowski, Esq. (FBN 1031440)
                                                                  joanna@caldera.law
                                                                  eservice@caldera.law