# EXHIBIT C

Aileen Gonzalez - 6/17/2025

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 4:24-CV-10017


AKARI JOHNSON, ET. AL,

        Plaintiffs,

vs.

MMI 82, LLC, ET. AL,

        Defendants.

_____


Tuesday, June 17, 2025

11:05 a.m. – 3:59 p.m.

DEPOSITION OF AILEEN GONZALEZ


        Taken before KHALED ELMOUSSA, Court Reporter, a
Notary Public for the State of Florida at Large,
pursuant to Notice of Taking Deposition filed in the
above-styled cause.

Aileen Gonzalez - 6/17/2025

29

1   so that we didn't like miss payments.

2        Q    Did you prepare financials?

3        A    Like a P&L?

4        Q    Yes.

5        A    Yes.

6        Q    Any other financials you prepared?

7        A    Expense sheets basically.

8        Q    There's also a bullet point in your LinkedIn

9   profile that says manage payroll accounting and invoice

10  processing, ensuring accuracy and expense control

11  within budget parameters. Did you run the payroll for

12  the hotel employees?

13       A    Yes.

14       Q    And you signed the checks?

15       A    Yes.

16       Q    Would you also sign other checks for vendors?

17       A    Yes.

18       Q    Did you sign all the checks that were

19  payments made by the hotel?

20       A    Yes.  Unless O'Neale signed.

21       Q    What checks would O'Neale sign instead of

22  you?

23       A    Sometimes he would come in and sign a bunch

24  of blank checks and then leave them with me.

25       Q    Aside from those blank checks, he didn't sign

Aileen Gonzalez - 6/17/2025

43

1    A    Yes.

2    Q    With taking reservations and interfacing with

3  the customers?

4    A    Yes.

5    Q    How long were you in the swim position?

6    A    Maybe six months.

7    Q    Anyone else in a swing position?

8    A    Everybody usually started out in the swing

9  position.  So, that you became familiar with the hotel.

10    Q    Was the same true for Hazel and Akari?

11    A    Yes.

12    Q    How many rooms does the hotel have?

13    A    16.

14    Q    Is that why they referred to it as a boutique

15  hotel because of its small size?

16    A    Yes.

17    Q    And due to the size of the hotel, was it

18  common for employees to have a broad range of duties?

19    A    Yes.

20    Q    As opposed to having like a specialized task?

21    A    Yes.

22    Q    What duties did you perform as a front desk

23  agent?

24    A    At the front desk you still performed swing

25  duties, occasionally, bar duties, occasionally

Aileen Gonzalez - 6/17/2025

47

```
 1    --
 2          A     Yes.
 3          Q     -- employment with the hotel?  But throughout
 4    your time as the general manager, you did get pay
 5    raises from time to time?
 6          A     Yes.
 7          Q     As the general manager on a salary, did you
 8    clock in and out?
 9          A     No.
10          Q     People who were on salary, did not clock in
11    and out, right?
12          A     No.
13          Q     How many employees did the hotel have while
14    you were the general manager on average?
15          A     Anywhere between 10 to 13 employees.
16          Q     Did they report to you?
17          A     Yes.
18          Q     I know we talked a little earlier about the
19    recruiting and hiring process that you engaged in.
20    Were you in charge of firing?
21          A     Yes.
22          Q     Did you terminate anyone while you were at
23    the general manager?
24          A     Yes.
25          Q     Who did you terminate?
```

Aileen Gonzalez - 6/17/2025

106

1        Q    What was the purpose of the letter?

2        A    I don't remember. I used to do these for a

3   lot of the employees.

4        Q    She needed it for some purpose.  But you

5   don't recall what purpose she needed it for?

6        A    No.  Like I don't recall all of them either.

7        Q    The letter states in her position as lead

8   front desk agent, her rate of pay is $800 salary for 40

9   hours per week?

10       A    That's correct.

11       Q    Hazel was a salaried employee, right?

12       A    She started as hourly, then was moved to

13  salary.

14       Q    Did the hotel pay overtime to employees that

15  were on salary?

16       A    No.

17       Q    Was Hazel the only lead front desk agent?

18       A    Yes.

19       Q    Did she have more responsibility than other

20  front desk agents?

21       A    Yes.

22       Q    What additional responsibility did she have

23  compared to non-lead front desk agents?

24       A    She would cover shifts, work down at the bar

25  sometimes, do the swing shift.

Aileen Gonzalez - 6/17/2025

1      Q    Did other front desk agents report to her?

2      A    Not really.  The only other front desk agent

3  was Akari.

4      Q    But Akari as a non-lead would report to the

5  lead or they were the lead was supervising them?

6      A    Kind of.

7      Q    As the lead front desk agent, did she have

8  more authority than a non-lead front desk agent?

9      A    I don't even know how to answer that.

10      Q    In other words, could she make more decisions

11  without having to seek your approval?

12      A    The only decision she would be allowed to

13  make is do we move this lamp from here to here?

14      Q    But she could do those kinds of things

15  without running it by you?

16      A    If it's moving furniture.  Sure.

17      Q    I am handing you what we'll mark as Exhibit

18  Number 11, which is a chart titled, Casa Morada

19  Employee Pay Bates Stamp Defendant 822.

20           (Thereupon, Defendant's Exhibit 11 was

21           entered into the record.)

22  BY MR. NARULA:

23      Q    Do you recognize it?

24      A    Yes.

25      Q    What is it?

Aileen Gonzalez - 6/17/2025

109

1    Q    How many hours did Hazel work each week?

2    A    More than the 40.

3    Q    How much more?

4    A    I don't know.

5    Q    Well, if you weren't keeping the time, how do

6    you know she worked more than the 40?

7    A    Because we were there most of the time.  And

8    again, covering shifts.

9    Q    When you say covering shifts, you're talking

10   about Hazel covering someone else's shift?

11   A    Um-hum.

12   Q    Who's -- yes?

13   A    Yeah.

14   Q    Whose shift was she going?

15   A    Sometimes bar, sometimes she would help me

16   out with laundry.  It just depended on what was needed

17   that day.

18   Q    She wouldn't exceed 40 hours every week, did

19   she?

20   A    For the most part.

21   Q    But not every week, right?

22   A    Maybe.

23   Q    Even though Hazel was a salaried employee,

24   did Hazel request you to pay her overtime?

25   A    No.  That was supposed to be given as a part-

Aileen Gonzalez - 6/17/2025

112

1        Q    Was Akari paid overtime?

2        A    Yes.

3        Q    Did he ever exceed 40 hours a week?

4        A    Sometimes.

5        Q    Did Akari request to be paid overtime?

6        A    No.  It was one of those you did overtime,

7   I'm going to fight for it and pay you the overtime.

8        Q    Did he have to fight for it or did he get

9   just get paid it?

10       A    I fought for him.

11       Q    So, Akari got paid overtime because you

12  fought for it, right?

13       A    Yes.

14       Q    So, as far as you're concerned, he doesn't

15  have any unpaid overtime?

16       A    Not that I'm aware of.

17       Q    Do you aware if Akari ever being retaliated

18  against because he made a request for overtime pay?

19       A    I don't know.

20       Q    And it's okay if you don't know.  I just need

21  to ask these questions.  Did you -- did Akari ever get

22  terminated when he was on the job because he requested

23  overtime?

24       A    No, not that I know of.  I don't know.

25       Q    Did Akari ever get demoted when he was at the

Aileen Gonzalez - 6/17/2025

115

1    was access to the reservation system."

2         A    Yes.

3         Q    When did you give Hazel a laptop?

4         A    At some point in time when she was working

5    there.

6         Q    Don't know around when?

7         A    I don't remember when.

8         Q    Did Mr. Cosa know that you did that?

9         A    I don't remember, honestly.

10        Q    Which laptop was it?

11        A    It was an old laptop. I think it was an HP or

12   Dell.

13        Q    Do you remember the color?

14        A    Gray.

15        Q    What work did Hazel perform from who?

16        A    She did e-mail blasts, also booked for events

17   and things like that.

18        Q    Was she the event coordinator as well as the

19   front desk manager?

20        A    Yes.  She handled most weddings, events and

21   some of the social media stuff.

22        Q    So, she worked on the hotel, social media

23   accounts?

24        A    Yeah.  We all did, but yes, she did as well.

25        Q    What work would you perform on the social

Aileen Gonzalez - 6/17/2025

120

1   Morada computer.  I think O'Neale -- excuse me, I

2   informed O'Neale where the spreadsheets that contained

3   the employee hours were and how to access them.

4   Earlier, I think you said Hazel did not clock in and

5   out."

6        A    In the beginning she did because she was

7   hourly.

8        Q    Only for that period of time that she was

9   hourly?

10       A    She did for a little while after that, but

11  after a while people stopped.

12       Q    Akari clocked in and out?

13       A    Yes.

14       Q    I'm handing you what we'll mark as Exhibit

15  Number 12.

16            (Thereupon, Defendant's Exhibit 12 was

17            entered into the record.)

18  BY MR. NARULA:

19       Q    Which is bearing Bates stamp Defendant 13

20  through 18 -- sorry, 13 through 17.

21            MS. NIWOROWSKI:  Thank you.

22  BY MR. NARULA:

23       Q    Is this an example of a time card Akari used?

24       A    Yeah.

25       Q    How many timecards would an employee have

Aileen Gonzalez - 6/17/2025

123

1      Q     When did the clock break?

2      A     Oh, it's been broken since I've been working

3   there.

4      Q     When you say broken, you mean it doesn't work

5   all the time?

6      A     It doesn't work consistently.

7      Q     Right.

8      A     Yeah.

9      Q     Okay.  And did -- were you able to fix it

10   when that happened or did you call to get something to

11   fix it?

12      A     No, eventually we had to get another and that

13   one broke.  So, I don't know.  I've tried calling

14   people, we tried purchasing other ones.  They just

15   don't last this company.

16      Q     Right.  It's just not anything nefarious on

17   behalf of the hotel, just that these things are poor

18   quality?

19      A     No, the time cards were awful.

20      Q     Okay.  And when they did malfunction, effort

21   was made to fix them or replace them or?

22      A     Yes.  We tried several times to fix, because

23   they're expensive on top of everything.

24      Q     Based on these time cards, you documented

25   hours on a spreadsheet, right?

Aileen Gonzalez - 6/17/2025

124

1      A     Yes.

2      Q     Which hotel computer did you use?

3      A     Front desk, but it was on the Cloud, so it

4   could really be used at any of the computers.

5      Q     So, you prepared the spreadsheet on the front

6   desk computer, but it was saved on the Cloud?

7      A     It's saved on the Cloud.

8      Q     It wasn't like you were saving in the hard

9   drive on that computer?

10     A     Right.

11     Q     And what platform would you use for example,

12  Dropbox or Google Drive?

13     A     Microsoft.  It was -- oh man, Microsoft, the

14  Cloud. I can't remember. When you go onto like Gmail

15  and stuff and you sign into.

16     Q     Is it called Edge or something?

17     A     No, Edge is or was, I don't think they are

18  still the company that would work with the servers and

19  things like that for Casa Morada.

20     Q     Okay. So, it was a Microsoft based Cloud

21  system?

22     A     Right.

23     Q     Who had access to that file?

24     A     Mine was password saved while I was there.

25  So, nobody else would have access to that file.  They

Aileen Gonzalez - 6/17/2025

126

1       Q    When you prepared the spreadsheet?

2       A    Um-hum.

3       Q    And it was saved on the Cloud?

4       A    Um-hum.

5       Q    Did you e-mail it to anybody?

6       A    O'Neale got the hours when he asked for

7    hours, he got the full amount for how much everybody

8    was getting paid and how much that pay roll was.

9       Q    But when you say O'Neale got the hours, how

10   would he get them?  Did you --

11      A    E-mail.

12      Q    -- did you take this Excel spreadsheet --

13      A    -- an e-mail --

14      Q    -- and attach it to an e-mail and send it to

15   him, correct?

16      A    Yes.

17      Q    You're shaking your head.  I just want --

18      A    Yes.

19      Q    -- for the record.  You would send him that

20   spreadsheet every pay period, which is every two weeks?

21      A    Every two weeks.

22      Q    Who -- is there anyone else copied?

23      A    No, I think a few times towards the end Yazan

24   was copied in it. But I think that was because he was

25   going to be taking over some of the stuff. So, he was

Aileen Gonzalez - 6/17/2025

128

1    to documents stored in the back office?

2        A    Not that I can think of.

3        Q    You never destroyed or threw out any

4    timecards for hotel employees specifically to evade a

5    lawsuit or government investigation, did you?

6        A    No.

7        Q    There may have been a time when you threw

8    away general company documents, but it had nothing to

9    do with a lawsuit or investigation, right?

10       A    Nothing to do with a lawsuit or

11   investigation.

12       Q    This was around the time of COVID?

13       A    Yes.

14       Q    That was well before Akari and Hazel ever

15   started working at the hotel, right?

16       A    Yes.

17       Q    And you can't remember specifically what was

18   thrown out?

19       A    Everything was thrown out.  Employee files,

20   audits, seven years worth of documents were thrown out.

21       Q    They were thrown out due to their age?

22       A    No.  Just because he didn't want to pay for

23   storage.

24       Q    Where were they stored?

25       A    In the house across the street that we used

Aileen Gonzalez - 6/17/2025

129

```
 1   to rent for storage.  We'd also have people's boats
 2   there.
 3        Q    So, there was a house across the street.
 4        A    Right across the street, there's a little
 5   house.  Half of it was like our laundry room where we
 6   would do laundry. Then there was storage for our
 7   additional like lamps and stuff so we didn't have to go
 8   out and purchase. Because it's very difficult in the
 9   keys, furniture. All of our files, everything was kept
10   in that house.
11        Q    Was this house rented by the hotel?
12        A    Yes.
13        Q    How many -- how much approximately?  What's
14   the square footage of this house?
15        A    I don't know.
16        Q    Okay. So, it wasn't for some nefarious
17   purpose that Oneal asked you to get rid of the
18   documents, he just didn't want to pay for the storage,
19   right?
20        A    He didn't want to pay for storage.  Correct.
21        Q    I'm showing you what we'll mark as Exhibit
22   Number 13, which is the hotel employee schedule for
23   2023 bearing Bates Defendant 843 through 899.
24             (Thereupon, Defendant's Exhibit 13 was
25             entered into the record.)
```

Aileen Gonzalez - 6/17/2025

130

```
 1   BY MR. NARULA:
 2        Q    Do you recognize this?
 3        A    Yes.
 4        Q    What is it?
 5        A    Schedule?
 6        Q    Did you prepare it?
 7        A    Yes.
 8        Q    If you turn to Page 873, this is the week for
 9   July 31st to August 6th, correct?
10        A    Yes.
11        Q    Do you see Hazel and Akari in the top left
12   hand corner on the employee list?
13        A    Yeah.
14        Q    By each of their names there's an a.m. and a
15   p.m., right?
16        A    Yes, correct.
17        Q    The a.m. based on the legend to the right
18   means that the employee will work the front desk from
19   07:00 a.m. to 03:00 p.m., right?
20        A    Yes.
21        Q    And the p.m. means that the employee will
22   work the front desk from 03:00 p.m. to 09:00 p.m.,
23   right?
24        A    That's correct.
25        Q    Were copies of this schedule posted for
```

Aileen Gonzalez - 6/17/2025

131

```
 1    employees to view on property?

 2         A    Yes.

 3         Q    Where?

 4         A    Right by the time clock.

 5         Q    Were they e-mailed to the employees?

 6         A    No.

 7         Q    So, what would the employees do, let go and

 8    take a picture of it?

 9         A    Um-hum.

10         Q    Yes?

11         A    Yes.  And for housekeeping, I would take a

12    picture and send it to them.

13         Q    But for Hazel and Akari, they would be

14    responsible for seeing the chart, the schedule, and

15    then taking a picture of it or writing down the record.

16    And --

17         A    It was like that for everybody.  Housekeeping

18    only got it sent to them so that they could let me

19    know, no, I need this day off or I need that day off.

20    The same was asked to Hazel and Akari, do you need any

21    certain days off?  Could I have this day off?  Could

22    you work this day for me?

23         Q    And the schedule that I've shown you, which

24    is Exhibit 13, what accurately reflects the time work?

25         A    Yeah.
```

Aileen Gonzalez - 6/17/2025

132

1    Q    Okay.  I'm handing you what we'll mark as

2   Exhibit Number 14.

3          (Thereupon, Defendant's Exhibit 14 was

4          entered into the record.)

5   BY MR. NARULA:

6    Q    Which is a hotel payroll spreadsheet for 2023

7   bearing Bates Defendant 900 through 928.

8          MS. NIWOROWSKI:  Thank you.

9   BY MR. NARULA:

10   Q    Do you recognize it?

11   A    Yes.

12   Q    What is it?

13   A    It looks like my spreadsheet.

14   Q    This was the spreadsheet we were talking

15  about earlier that you aggregated the data that you

16  collected from the timecards?

17   A    Um-hum.

18   Q    Yes?

19   A    Yes, those are the hours.

20   Q    Did you prepare this?

21   A    Yes.

22   Q    This is the one that you --

23   A    Possibly, yes.

24   Q    This is the one that you prepared on the

25  front desk computer that was saved on the Cloud that

Aileen Gonzalez - 6/17/2025

133

```
1   you e-mailed to Mr. Cosa?
2       A    Yes.
3       Q    This information would've matched the
4   information, the data on the timecards, right?
5       A    Yes.
6       Q    So, even if the timecards don't exist any
7   longer, this payroll spreadsheet memorializes the time
8   what --
9       A    Should be by --
10      Q    -- by the employees.
11      A    Yes.
12      Q    The employees with the names highlighted in
13  yellow were paid through paymaster and online portal,
14  right?
15      A    Paymaster, ADP, whichever one it was that
16  time.
17      Q    Do you remember in 2023 what you were using?
18      A    I'm going to say Paymaster.
19      Q    Okay.  And the employees below that without
20  their name highlighted and receive checks, right?
21      A    Correct.
22      Q    If you look at Page 912, this is for the pay
23  period June 12th through 25.
24      A    Yes.
25      Q    Hazel started making $18 an hour, right?
```

Aileen Gonzalez - 6/17/2025

134

```
 1        A    Correct.
 2        Q    If you look at Page 917, it's for the pay
 3    period, August 21st, September -- through September
 4    3rd, Hazel was converted to a salary of $1,600, right?
 5        A    Yes.
 6        Q    That's the same pay period that Akari started
 7    working there at the hotel, right?
 8        A    Um-hum.
 9        Q    Yes?
10        A    I think so.
11        Q    He was making $18 an hour, right?
12        A    Yes.
13        Q    If you look at Page 920, which is the pay
14    period, October 2nd through 15, Akari worked 93.49
15    hours, right?
16        A    Yes.
17        Q    So, for 13.49 of those hours, which is the
18    amount above and beyond 80, he got paid a rate of $21
19    an hour, right?
20        A    Correct.
21        Q    He also received $95 in tips, right?
22        A    Yes.
23        Q    On Page 924, November 27th through December
24    10th, Akari worked 82.3 hours and 2.3 of those hours,
25    which is the amount above and beyond 80, he got paid at
```

Aileen Gonzalez - 6/17/2025

135

1    the overtime rate, right?

2        A    Yes.

3        Q    On Page 925 for the pay period, December 11th

4    through 24, you were on vacation, right?

5        A    I believe so. I don't remember.

6        Q    You see here it says under your name,

7    reimbursed, it says $800 remaining week of vacation?

8        A    Oh, yes. So, this was December 24th.  I was

9    being reimbursed for the vacation I did not take and I

10   left on the 23rd.

11       Q    So, you were or were not there?

12       A    23rd was my last day.  December 24th is the

13   last day of this pay period.

14       Q    So, you were -- it's not that you were on

15   vacation, you were being reimbursed?

16       A    Yes.

17       Q    Where the vacation didn't take?

18       A    Correct.

19       Q    Okay.  This was the last pay period that

20   Hazel and Akari work, correct?

21       A    Correct.

22       Q    Hazel received a salary of $1,600 plus a

23   payment of $1,000, right?

24       A    Yes.

25       Q    Hazel demanded an additional $1,000 at the

Aileen Gonzalez - 6/17/2025

136

1    time she quit, didn't she?

2         A    I don't remember.

3         Q    Did you calculate the amount that she was

4    owed?

5         A    Possibly.

6         Q    Was it for an overtime pay?

7         A    I don't remember what it was for exactly.  I

8    just know that I was told to pay the $1,000 as opposed

9    to whatever else was the amount that was being

10   requested.

11        Q    Why would she get a thousand dollars extra

12   above and beyond her salary?

13        A    I don't remember.

14        Q    Did she sign any kind of release of claims

15   because she got paid more than what she was owed?

16        A    No, this wasn't like a normal place.

17        Q    Is there a coincidence by the fact that you

18   left at the same time Hazel and Akari left the

19   employment of the hotel?

20        A    No.

21        Q    I mean another -- so, there -- it's not a

22   coincidence.  You -- there's no reason that --

23        A    They left before I left.

24        Q    Okay.

25        A    They were aware that I was going to leave.

Aileen Gonzalez - 6/17/2025

147

1   race?

2        A    No.

3        Q    You didn't treat Hazel any differently

4   because of race, did you?

5        A    No.

6        Q    Did you ever witness anyone at the hotel

7   treat Hazel differently or unfairly because of her

8   race?

9        A    No.

10        Q    Are you aware of any instance where the hotel

11   retaliated against Hazel because she complained about

12   being the victim of racial discrimination?

13        A    No.

14        Q    Akari and Hazel quit their jobs, right?

15        A    Yes.

16        Q    Page -- excuse me, Paragraph 22 of the

17   declaration states, "O'Neale fails to take

18   accountability for his actions or for Casa Morada and

19   routinely throws his employees under the bus when

20   things go wrong."  What did you mean by O'Neale fails

21   to take accountability for his actions?

22        A    For example, the e-mail that Sara sent, I'll

23   use that one.  He was complaining that we were not on

24   booking.com and Expedia and not getting the bookings

25   when brought to his attention that was due to his

Aileen Gonzalez - 6/17/2025

179

1      Q    Around that time that you lost or the hotel
2  lost the storage house and those documents were
3  destroyed.  Can you give me an approximate timeframe?
4      A    Of when they were -- when we lost the place?
5      Q    Correct.
6      A    That was in 2020 around November-ish.
7      Q    Had you ever been to that storage house?
8      A    Yes, everybody had.
9      Q    About how often would you go there?
10      A    Every day, at least four or five times a day.
11  Mostly because laundry was attached there and if we
12  needed things for the hotel, that's where we would
13  store it.
14      Q    So, you saw specifically what was being
15  stored in that storage house?
16      A    Yes.
17      Q    And when were those documents destroyed?
18      A    Same time in November, we had to be out of
19  there.
20      Q    Do you know if the documents that were
21  destroyed included clock in and clock out records for
22  the employees of the hotel?
23      A    Yes.
24      Q    Do you know if that included time records of
25  current employees of the hotel?

Aileen Gonzalez - 6/17/2025

185

1          A    I would put the hours into the spreadsheet
2     when I was done with the time cards.  They'd get rubber
3     banded and put into a banker's box.
4          Q    Earlier, you mentioned that the time clock
5     was broken or would have issues.  Did you ever bring
6     that issue up to O'Neale Cosa?
7          A    Yes.
8          Q    Do you remember about when you brought that
9     up to him?
10         A    Several times.  I don't have like an exact
11    time.
12         Q    Several times during the course of Akari and
13    Hazel's employment?
14         A    During the course of my entire seven years
15    there.
16         Q    Including when Akari and Hazel were working
17    there?
18         A    Yes.
19         Q    Was Hazel required to punch in and out in the
20    time of clock?
21              MR. NARULA:  Object to form.
22         A    When she was hourly.
23    BY MR. LAROU:
24         Q    And then when she was switched over to salary
25    pay, she was no longer required to punch in and out?

Aileen Gonzalez - 6/17/2025

186

1      A     Correct.

2      Q     And would you store Hazel's time cards in the

3   banker's box as well?

4      A     When she punched in and out, yes.

5      Q     Okay. Next, I want to take a look at

6   Defendant's Exhibit 14 and specifically I want to start

7   Page Number 917. Okay. So, actually, let's look at 917,

8   918, and 919. It looks like on each of these pay

9   periods Akari was paid for 80 hours on the dot. Is that

10  because Akari worked exactly 80 hours during those pay

11  periods or because that's just the amount he would be

12  paid?

13     A     I believe it was because that's what he

14  worked on was pay periods.

15     Q     And the next page Bates marked Defendant's

16  920. It looks like -- paid -- hours at a rate of $18

17  per hour. And then he was also paid for 13.49 hours at

18  a rate of $21 per hour. Can you tell me why he was paid

19  at a rate of $21 per hour for some of those hours?

20     A     I don't remember honestly, but those were the

21  hours that he did over the 80 --

22     Q     Do you know who decided to pay him at a rate

23  of $21 an hour for some of those hours?

24     A     No, I don't remember.

25     Q     Did you have the authority to determine

Aileen Gonzalez - 6/17/2025

196

1

2                          CERTIFICATE OF OATH

3

4

5

6

7      I, KHALED ELMOUSSA, Court Reporter, Notary Public,

8  State of Florida, certify that AILEEN GONZALEZ personally

9  appeared before me on the 17th day of June, 2025, and was

10  duly sworn

11          Signed this 24th day of June 2025.

12

13

14                  _____*Khaled Elmoussa*_____

15                  KHALED ELMOUSSA, Court Reporter

16                  Notary Public, State of Florida

17                  Commission No. HH 566837

18                  Commission Expires: 6/30/28

19

20

21

22

23

24

25

Aileen Gonzalez - 6/17/2025

197

CERTIFICATE OF REPORTER

I, KHALED ELMOUSSA, Court Reporter, certify that I
was authorized to and did report the Deposition of AILEEN
GONZALEZ; that a review of the transcript was requested;
and that the transcript is a true and correct record of my
notes.

I further certify that I am not a relative, employee,
attorney, or counsel of any of the parties, nor am I a
relative or employee of any of the parties, attorneys or
counsel connected with the action, nor am I financially
interested in the action.

Dated this 24th day of June 2025.

_Khaled Elmoussa_

KHALED ELMOUSSA, Court Reporter