# EXHIBIT D

DEF000900

December 26th - January 8th

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | | | | |
| Aileen | | $ 1,900.00 | 0.62 | | $30.00 | | | |
| Alejandra | 55.88 | | | | | | | |
| Antonio | 41.55 | $ 420.00 | | | $30.00 | | | |
| Bill | | | 3.12 | | $30.00 | | | |
| Candy | 80 | | | | | | | |
| Jakeniaris | 62.1 | | | | | | | |
| Janice | 49.39 | $ 1,870.00 | | $371.70 | $90.00 | | | |
| Julio | 43.07 | | | $16.00 | | | | |
| Kaitlyn | 32.15 | | | | $30.00 | | 40 | |
| Luz | 80 | | | | $30.00 | | | |
| Olvin | | | 2.37 | | | | | |
| Shruti | | $ 1,600.00 | | $555.40 | $30.00 | | | |
| Tiffany | 52.5 | | | | | | | |
| Victor | 95.78 | | | | | | | |
| Xiomara | 80 | | 0.68 | | | | | |
| | | | | | | | | |
| Totals | 752.42 | $5,690.00 | 6.79 | $943.10 | $270.00 | 0 | 40 | $ - |

*Karen 80.30 @ $14/hr = $1,124.20
*Roberto 64.25 @ $14/hr = $899.50

| Tips 12/26 - 1/8 | Janice | Kaitlyn | Tiffany | | | |
|---|---|---|---|---|---|---|
| | $ 67.90 | $ 16.00 | 44.80 | | | |
| | $ 25.20 | | 71.20 | | | |
| | $ 128.00 | | $167.80 | | | |
| | $ 51.40 | | 78.80 | | | |
| | $ 50.40 | | $ 56.00 | | | |
| | $ 48.80 | | $ 50.00 | | | |
| | | | $ 86.80 | | | |
| Total | $ 371.70 | $ 16.00 | $ 555.40 | $ - | $ - | $ - |

$ 943.10

January 9th - January 22nd

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 64.24 | | | | $30.00 | | | |
| Aileen | | $ 1,900.00 | | | | | 16 | |
| Alejandra | 55.63 | | | | | | | |
| Antonio | 22.67 | | | | $30.00 | | | |
| Bill | 61.97 | | | | $30.00 | | | |
| Candy | 63 | | | | | | | |
| Jakeniaris | | | | | | | | |
| Janice | 50.8 | | | $315.60 | | | | |
| Julio | 55.09 | $ 1,870.00 | | | $90.00 | | | |
| Kaitlyn | 80 | | | | | | | |
| Luz | 80 | | 1.4 | | $30.00 | | | |
| Olvin | 80 | | 1.16 | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Tiffany | 41.72 | | | $299.50 | | | | |
| Victor | 103.16 | | | | | | | |
| Xiomara | 73.05 | | | | $30.00 | | | |
| Totals | 760.33 | $8,270.00 | 2.56 | $615.10 | $270.00 | 0 | 16 | $ - |

*Karen 80.43 @ $14/hr = $1,126.02
*Roberto 72.10 @ $15/hr = $1,081.50
*Lesley Arrieta 29.14 @ $16/hr = $466.24

**Tips 1/9 - 1/22**

| | Janice | Tiffany |
|---|---|---|
| | $ 27.00 | $ 55.80 |
| | $ 82.70 | $ 49.20 |
| | $ 25.80 | $ 73.00 |
| | $ 41.50 | $ 87.00 |
| | $ 63.50 | $ 10.00 |
| | $ 75.10 | $ 24.50 |
| Total | $ 315.60 | $ 299.50 |

$ 615.10

DEF000901

DEF000902

January 23rd - February 6th



| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | $1,900.00 | 1.19 | | $30.00 | | | |
| Aileen | 45.84 | | | | | | | |
| Alejandra | 44.34 | $420.00 | | | $30.00 | | | |
| Antonio | | | | | | | | |
| Bill | 52.81 | | | | $30.00 | | | |
| Candy | 59.62 | | | | | | | |
| Jakmiaris | 59.17 | | | | | | | |
| Janice | | $1,870.00 | | $280.60 | $90.00 | | | |
| Julio | 30.95 | | | | | | | |
| Kaitlyn | 75.51 | | | | $30.00 | | | |
| Luz | 44.7 | | | | $30.00 | | | |
| Michelle | 80 | | | | | | | |
| Olvin | 41.64 | $1,500.00 | 0.28 | $167.20 | $30.00 | | | |
| Paula | | | | $263.80 | | | | |
| Shruti | 20.8 | | 1.08 | | | | | |
| Tiffany | 95.14 | | | | $30.00 | | | |
| Victor | 80 | | | | | | | |
| Xiomara | | | | | | | | |
| Totals | 810.52 | $5,690.00 | 2.55 | $661.60 | $270.00 | 0 | 0 $ - | $ - |

*Karen 79.48 @ $14/hr = $1,112.72
*Roberto 64.26 @ $15/hr = $963.90

| Tips 1/23 - 2/6 | Paula | Janice | Tiffany | | | |
|---|---|---|---|---|---|---|
| | $ 39.60 | $ 37.80 | $ 140.20 | | | $ - |
| | $ 63.00 | $ 13.40 | $ 67.60 | | | |
| | $ 64.60 | $ 39.70 | $ 56.00 | | $ - | $ - |
| | | $ 66.30 | | | | |
| | | $ 28.40 | | | | |
| | | $ 6.00 | | $ - | $ - | |
| | | $ 39.00 | | | | |
| Total | $ 167.20 | $ 280.60 | $ 263.80 | $ - | $ - | $ - |

$ 661.60

February 6th - February 19th

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | 17.98 | | $30.00 | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Alejandra | 54.85 | | | | $30.00 | | | |
| Antonio | 44.92 | | | | | | | |
| Bill | 41.99 | | | | $30.00 | | | |
| Candy | 54.24 | | | | | | | |
| Jakeharis | 59.85 | | | $358.50 | | | | |
| Janice | 51.07 | | | | $90.00 | | | |
| Julio | | $ 1,870.00 | | | | | | |
| Kaitlyn | 43.55 | | | | $30.00 | | | |
| Luz | 64.87 | | | | | | 16 | |
| Michelle | 75.07 | | | | $30.00 | | | |
| Olvin | 63.27 | | | | | | 16 | |
| Paula | 47.18 | | | $239.70 | $30.00 | | | |
| Shruti | | $ 1,500.00 | | $91.40 | | | | |
| Tiffany | 24.36 | | | | | | | |
| Victor | 87.77 | | 2.12 | | | | | |
| Xiomara | 80 | | | | | | | |
| Totals | 831 | $5,270.00 | 20.1 | $692.60 | $270.00 | 0 | .32 $ - | |

557.97

*Karen 79.71 @ $14/hr = $1,115.94
*Roberto 63.93 @ $15/hr = $958.95



| Tips 2/6 - 2/19 | Paula | Janice | Tiffany | | | |
|---|---|---|---|---|---|---|
| | $ 37.80 | $ 65.50 | $ 51.00 | | | |
| | $ 24.00 | $ 94.00 | $ 25.20 | | | |
| | $ 25.20 | $ 32.40 | $ 18.20 | | | |
| | $ 68.40 | $ 81.40 | | | | |
| | $ 28.80 | $ 85.20 | | | | |
| | $ 55.50 | | | | | |
| Total | $ 239.70 | $ 358.50 | $ 94.40 | $ - | $ - | $ - |

$ 692.60

DEF000903

February 20th - March 5th

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 64.16 | | | | | | | |
| Aileen | 40.08 | $ 1,900.00 | | | $30.00 | | 16 | |
| Alejandra | 36.19 | | | | | | | |
| Antonio | | | | | | | 16 | |
| Bill | 64 | $ 420.00 | | | $30.00 | | | |
| Candy | 59.78 | | | | | | | |
| Jakmiaris | 47.76 | | | | | | | |
| Janice | | | | $391.30 | | | | |
| Julio | 37.29 | $ 1,870.00 | | | $90.00 | | | |
| Kaitlyn | 78.45 | | | $6.00 | $30.00 | | | |
| Luz | 80 | | | | $30.00 | | | |
| Michelle | 79.99 | | 6.16 | 46.2 | | | | |
| Olein | 45.65 | | | | | | | |
| Paula | | $ 1,500.00 | | $373.20 | | | | |
| Shruti | 10 | | | | $30.00 | | | |
| Tiffany | 88.93 | | | 57.8 | | | | |
| Victor | 80 | | 0.19 | | | | | |
| Xiomara | | | | | | | | |
| Totals | 812.28 | $5,690.00 | 6.35 | $874.50 | $270.00 | 0 | 32 | $ - |

*Karen 78.54 @ $14/hr = $1,099.56
*Roberto 64.53 @ $15/hr = $967.95

Tips 2/20 - 3/5

| | Paula | Michelle | Janice | Kaitlyn | Tiffany | |
|---|---|---|---|---|---|---|
| | $ 85.80 | $ 7.80 | $ 44.80 | $ 6.00 | $ 57.80 | |
| | $ 76.20 | $ 38.40 | $ 64.90 | | | |
| | $ 75.60 | | $113.40 | | | |
| | $ 86.40 | | $ 77.50 | | | |
| | $ 36.40 | | $ 90.70 | | | |
| | $ 12.80 | | | | | |
| Total | $ 373.20 | $ 46.20 | $ 391.30 | $ 6.00 | $ 57.80 | $ - |

$ 874.50

DEF000904

DEF000905

March 6th - March 19th

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 78.61 | | | | | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Alejandra | 41.55 | | | | | | 14 | |
| Antonio | 44.22 | | | | $30.00 | | | |
| Bill | 74 | | | | | | | |
| Candy | 62.65 | | | | $30.00 | | | |
| Jakmiaris | 28.54 | | | | | | | |
| Janice | 61.87 | $ 1,870.00 | | $469.80 | $30.00 | | | |
| Julio | 49.94 | | | | $90.00 | | | |
| Kaitlyn | 80 | | | | | | | |
| Luz | | | 0.54 | | $30.00 | | | |
| Michelle | 78.22 | $ 1,600.00 | | | $30.00 | | | |
| Olvin | 53.04 | | | | | | | |
| Paula | | $ 1,500.00 | | $297.40 | | | | |
| Shruti | 95.02 | | | | $30.00 | | 8 | |
| Victor | 70.56 | | | | | | | |
| Xiomara | | | | | | | | |
| **Totals** | 744.22 | $6,870.00 | 0.54 | $767.20 | $270.00 | 0 | 22 | $ - |

*Karen 78.25 @ $14/hr = $1,095.50
*Roberto 65.41 @ $15/hr = $981.15

| Tips 3/6 - 3/19 | Paula | Janice | | | | |
|---|---|---|---|---|---|---|
| | $ 43.40 | $ 108.90 | | | | |
| | $ 72.80 | $ 56.80 | | | | |
| | $ 21.80 | $ 71.80 | | | | |
| | $ 64.40 | $ 85.50 | | | | |
| | $ 28.20 | $ 57.00 | | | | |
| | $ 3.80 | $ 89.80 | | | | |
| | $ 41.40 | | | | | |
| | $ 12.80 | | | | | |
| | $ 8.80 | | | | | |
| **Total** | $ 297.40 | $ 469.80 | $ - | $ - | $ - | $ - |

$ 767.20

DEF000906

March 20th - April 2nd

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 79.54 | | | | $30.00 | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Alejandra | 13.93 | | | | | | | |
| Antonio | 43.29 | | | | | | 24 | |
| Bill | 80 | $ 420.00 | | | $30.00 | | | |
| Candy | 58.21 | | 4.36 | | $30.00 | | | |
| Jakeniaris | 80 | | | | | | | |
| Janice | | | 1.32 | $594.30 | $90.00 | | | |
| Julio | 38.54 | $ 1,870.00 | | | $90.00 | | | |
| Kaitlyn | 40.65 | | | | $30.00 | | | |
| Luz | | | | | $30.00 | | 40 | |
| Michelle | 80 | $ 1,600.00 | | $34.00 | | | | |
| Olvin | | | 0.64 | | $30.00 | | | |
| Paula | 32.18 | | | $153.50 | | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 88.27 | | | | $30.00 | | | |
| Xiomara | 79.84 | | | | | | | |
| Totals | 714.45 | $7,290.00 | 6.32 | $781.80 | $270.00 | 0 | 64 | $ - |

*Karen 78.25 @ $14/hr = $1,094.80
*Roberto 64.27 @ $15/hr = $964.05

| Tips 3/20 - 4/2 | Paula | Janice | Michelle | | | |
|---|---|---|---|---|---|---|
| | $ 40.00 | $ 40.00 | $ 13.00 | | | |
| | $ 24.60 | $ 59.60 | $ 12.80 | | | |
| | $ 44.30 | $ 65.70 | $8.20 | | | |
| | $ 44.60 | $ 111.60 | | | | |
| | | $ 31.60 | | | | |
| | | $ 34.00 | | | | |
| | | $ 110.80 | | | | |
| | | $ 88.90 | | | | |
| | | $ 52.10 | | | | |
| Total | $ 153.50 | $ 594.30 | $ 34.00 | $ - | $ - | $ - |

$ 781.80

DEF000907

March 20th - April 2nd

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|-------|--------|----|------|---------|-----------|------|------|
| Adriana | 80 | | | | | | | |
| Aileen | | $1,900.00 | 1.2 | | $30.00 | | | |
| Antonio | 45.04 | | | | | | | |
| Bill | 72 | | | | $30.00 | | | |
| Candy | 57.97 | | | | $30.00 | | | |
| Jakmiaris | 80 | | | | | | | |
| Janice | | $1,870.00 | 33.14 | $814.30 | $90.00 | | | |
| Julio | 39.08 | | | | $30.00 | | | |
| Kaitlyn | 80 | | | $30.80 | | | | |
| Luz | | $1,600.00 | 0.42 | | $30.00 | | | |
| Michelle | 80 | | | $8.40 | $30.00 | | | |
| Olvin | | $1,500.00 | 9.08 | | | | | |
| Shruti | | | | | | | | |
| Victor | 41.51 | | 1.02 | | $30.00 | | | |
| Xiomara | 80 | | | | | | 40 | |
| Totals | 655.6 | $6,870.00 | 44.86 | $853.50 | $270.00 | 0 | 40 | $ - |

*Karen 77.37 @ $14/hr = $1,083.18
*Roberto 65.49 @ $15/hr = $982.35
*Huber 34.14 @ $15/hr = $512.10

Tips 3/20 - 4/2

| | Janice | Kaitlyn | Michelle | | | | |
|------|--------|---------|----------|---|---|---|---|
| | $ 98.00 | $ 30.80 | $ 8.40 | | | | |
| | $ 46.20 | | | | | | |
| | $ 106.20 | | | | | | |
| | $ 64.40 | | | | | | |
| | $ 68.90 | | | | | | |
| | $ 104.60 | | | | | | |
| | $ 35.20 | | | | | | |
| | $ 21.40 | | | | | | |
| | $ 40.40 | | | | | | |
| | $ 48.00 | | | | | | |
| | $ 33.00 | | | | | | |
| | $ 48.00 | | | | | | |
| Total | $ 814.30 | $ 30.80 | $ 8.40 | $ - | $ - | $ - | $ - |

$ 853.50

DEF000908

April 17 - April 30

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 79.58 | | | | $30.00 | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Antonio | 36.8 | $ 420.00 | | | $30.00 | | | |
| Bill | 40.64 | | | | $30.00 | | | |
| Candy | 62.51 | | | | | | | |
| Jakmaris | 80 | | | | | | | |
| Janice | | | 22.48 | $584.60 | $90.00 | | | |
| Julio | | $ 1,870.00 | | | | | | |
| Kaitlyn | 37.97 | | | | | | | |
| Luz | 79.26 | | | | $30.00 | | | |
| Michelle | | $ 1,600.00 | | | | | | |
| Olvin | 80 | | 1.27 | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 91.3 | | | | $30.00 | | | |
| Xiomara | 79.39 | | | | | | | |
| **Totals** | **666.44** | **$7,290.00** | **23.75** | **$584.60** | **$270.00** | **0** | **0 $ -** | **-** |

*Karen 79.51 @ $14/hr = $1,113.14
*Roberto 74.52 @ $15/hr = $1,117.8
*Huber 30.53 @ $15/hr = $457.95

Tips 4/17 - 4/30

| | Janice |
|---|---|
| | $ 43.40 |
| | $ 34.80 |
| | $ 35.20 |
| | $ 53.60 |
| | $ 47.40 |
| | $ 47.60 |
| | $ 97.40 |
| | $ 22.60 |
| | $ 21.60 |
| | $ 46.20 |
| | $ 34.80 |
| | $ 100.00 |
| **Total** | **$ 584.60** |

$ 584.60

DEF000909

May 1 - May 14



| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 78.48 | | | | | | | |
| Aileen | | $ 1,900.00 | | | $30.00 | | | |
| Antonio | 45.3 | | | | | | | |
| Bill | | | | | $30.00 | | | |
| Candy | 30.92 | | | | | | 32 | |
| Huber | 31.58 | | | | | | | |
| Jakeniaris | 56.15 | | | | | | | |
| Janice | 80 | $ 1,870.00 | | $502.90 | $90.00 | | | |
| Julio | | | 18.84 | | | | | |
| Kaitlyn | 55.62 | | | $97.80 | $30.00 | | | |
| Luz | 80 | | 1.12 | | | | | |
| Michelle | | $ 1,600.00 | | $6.00 | $30.00 | | | |
| Olvin | 80 | | 8.65 | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 99.59 | | 8.52 | | $30.00 | | | |
| Xiomara | 80 | | | | | | | |
| **Totals** | **717.64** | **$6,870.00** | **37.13** | **$606.70** | **$270.00** | **0** | **32** | **$ -** |

*Karen 78.53 @ $14/hr = $1,099.42
*Roberto 65.40 @ $15/hr = $981.00

| Tips 5/1 - 5/14 | Janice | Kaitlyn | Michelle | | | | |
|---|---|---|---|---|---|---|---|
| | $ 135.80 | $ 19.00 | $ 6.00 | | | | |
| | $ 36.20 | $ 16.00 | | | | | |
| | $ 73.20 | $ 10.00 | | | | | |
| | $ 14.20 | $ 40.00 | | | | | |
| | $ 35.20 | $ 12.80 | | | | | |
| | $ 96.30 | | | | | | |
| | $ 76.20 | | | | | | |
| | $ 35.80 | | | | | | |
| **Total** | **$ 502.90** | **$ 97.80** | **6.00** | **$ -** | **$ -** | **$ -** | **$ -** |

$ 606.70

DEF000910

May 15 - May 28

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | | | | |
| Aileen | | $ 1,900.00 | 0.03 | | $30.00 | | | |
| Antonio | 44.66 | | | | | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 60.46 | | | | 30 | | | |
| Huber | 32.4 | | | | | | | |
| Jakmiaris | 21.11 | | | | | | | |
| Janice | 71.34 | | | | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Kaitlyn | 24.51 | | | | | | | |
| Luz | 72.23 | | | | $30.00 | | | |
| Olvin | 79.92 | | | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 95.05 | | | | 30 | | | |
| Xiomara | 78.66 | | | | $30.00 | | | |
| **Totals** | **660.84** | **$5,690.00** | **0.03** | **$0.00** | **$380.00** | **0** | **0** | **-** |

*Karen 78.70 @ $15/hr = $1,180.50
*Roberto 65.58 @ $15/hr = $983.70
*Allison 2.32 @ $16/hr = $37.12
*Stephanie 9.29 @ $16/hr =$148.64
*Justina 48.24 @ $16/hr = $1,031.2 + $402 Tips = Total $1,433.20

Tips 6/16 - 6/28

| | Janice | Justina | | | | |
|---|---|---|---|---|---|---|
| | $ 78.20 | $ 21.80 | | | | |
| | $ 39.20 | $ 39.00 | | | | |
| | $ 30.00 | $ 56.80 | | | | |
| | $ 78.00 | $ 91.60 | | | | |
| | $ 83.80 | $ 89.20 | | | | |
| | $ 48.80 | $ 66.60 | | | | |
| **Total** | **$ 388.00** | **$ 365.00** | $ - | $ - | $ - | $ - |

$ 723.00

DEF000911

May 29 - June 11

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | $30.00 | | | |
| Aileen | | $1,900.00 | 0.58 | | | | | |
| Alison | 73.55 | | | | $30.00 | | | |
| Antonio | 45.07 | | | | | | | |
| Bill | 56.95 | | | | $30.00 | | | |
| Candy | 15 | | | | | | | |
| Hazel | 34.31 | | | | 30 | | | |
| Huber | 80 | $1,870.00 | 2.77 | $395.90 | $90.00 | | | |
| Janice | 34.32 | | | | | | | |
| Julio | 80 | | | | $30.00 | | | |
| Kaitlyn | 80 | | 1.14 | | $30.00 | | | |
| Luz | 80 | | 0.29 | | | | | |
| Olvin | 28.79 | | | 165.4 | | | | |
| stephanie | | $1,500.00 | | | 30 | | | |
| Shruti | 98.68 | | 8.69 | | $30.00 | | | |
| Victor | 80 | | | | | | | |
| Xiomara | 80 | | | | | | | |
| **Totals** | **786.67** | **$5,270.00** | **13.47** | **$561.30** | **$380.00** | **0** | **0** | **-** |

*Karen 78.70 @ $15/hr = $1,180.50
*Roberto 65.58 @ $15/hr = $983.70
*Allison 2.32 @ $16/hr = $37.12
*Stephanie 9.29 @ $16/hr = $148.64
*Justina 48.24 @ $16/hr = $1,031.2 + $402 Tips = Total $1,433.20

| Tips 5/29 - 6/11 | Janice | Stephanie | | | | |
|---|---|---|---|---|---|---|
| | $ 50.20 | $ 50.40 | | | | |
| | $ 23.80 | $ 37.00 | | | | |
| | $ 33.00 | $ 45.80 | | | | |
| | $ 28.00 | $ 32.20 | | | | |
| | $ 87.20 | | | | | |
| | $ 43.60 | | | | | |
| | $ 2.40 | | | | | |
| | $ 38.10 | | | | | |
| | $ 57.20 | | | | | |
| | $ 32.40 | | | | | |
| **Total** | **$ 395.90** | **$ 165.40** | **$** | **-** | **$** | **-** |

$ 561.30

DEF000912

June 12 - June 25

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | $30.00 | | | |
| Aileen | 70.81 | $ 1,900.00 | 0.37 | | | | | |
| Alison | 58.26 | | | | | | | |
| Antonio | 80 | $ 420.00 | | | $30.00 | | | |
| Bill | | | | | | | | |
| Candy | 30.83 | | | | $30.00 | | | |
| Huber | 31.72 | | | | $30.00 | | 32 | |
| Janice | 70.41 | | | | | | | |
| Julio | | $ 1,870.00 | | $375.73 | $90.00 | | | |
| Kaitlyn | 19.41 | | | | | | | |
| Luz | 80 | | 9.52 | | $30.00 | | | |
| Olvin | 80 | | 0.62 | | $30.00 | | | |
| Stephanie | 63.1 | | | 163.8 | | | | |
| Shruti | | | | | | | | |
| Victor | 98.59 | $ 1,500.00 | | | $30.00 | | | |
| Xiomara | 39.3 | | | | | | 40 | |
| **Totals** | 702.43 | $5,690.00 | 10.51 | $539.58 | $900.00 | 0 | 72 | $ - |

*Karen 80 @ $15/hr = $1,200 + 9.26 @ $22.50 = $208.35 = Total $1,408.35
*Roberto 65.58 @ $15/hr = $983.70
*Hazel 64 @ $18/hr = $1,152

Tips 6/11 - 6/25

| | Janice | Stephanie |
|---|---|---|
| | $ 33.80 | $ 10.20 |
| | $ 78.20 | $ 27.60 |
| | $ 39.33 | $ 39.40 |
| | $ 80.00 | $ 31.00 |
| | $ 42.40 | $ 4.20 |
| | $ 63.00 | $ 16.80 |
| | $ 39.00 | $ 34.60 |
| **Total** | $ 375.73 | $ 163.80 |

$ 539.53

DEF000913

June 26 - July 9

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|------|--------|-----|------|---------|-----------|------|------|
| Adriana | 80 | | 0.38 | | | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Alison | 33.29 | | | | | | | |
| Antonio | 43.32 | | | | | | | |
| Bill | 80 | | | | $30.00 | | | |
| Candy | 80 | | 4.97 | | | | | |
| Huber | 24.13 | | | | $30.00 | | | |
| Janice | 71.61 | | | $358.50 | $30.00 | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Karina | 38.51 | | | | | | | |
| Luz | 38.07 | | | | $30.00 | | 40 | |
| Olvin | 80 | | 2.14 | | $30.00 | | | |
| Stephanie | 57.62 | | | 312.37 | | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 94.61 | | 17.78 | | $30.00 | | | |
| Xiomara | 80 | | | | | | | |
| **Totals** | **721.16** | **$5,270.00** | **25.27** | **$670.87** | **$900.00** | **0** | **40** | **$ -** |

*Karen 80 @ $15/hr = $1,200 + 17.20 @ $22.50 = $387 = Total $1,587
*Hazel 64 @ $18/hr = $1,152



| Tips 6/26 - 7/9 | Janice | Stephanie | | | | |
|-----------------|--------|-----------|---|---|---|---|
| | $ 27.60 | $ 26.37 | | | | |
| | $ 19.20 | $ 83.40 | | | | |
| | $ 36.00 | $ 66.80 | | | | |
| | $ 72.30 | $ 74.80 | | | | |
| | $ 64.80 | $ 36.40 | | | | |
| | $ 88.20 | $ 24.60 | | | | |
| | $ 50.40 | | | | | |
| **Total** | **$ 358.50** | **$ 312.37** | $ - | $ - | $ - | $ - |

$ 670.87

July 10 - July 23

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 73.17 | | | | | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Antonio | 47.46 | | | | | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 80 | | 26.3 | | $30.00 | | 8 | |
| Huber | 32.63 | | | | $30.00 | | | |
| Janice | 59.26 | | | $227.07 | $30.00 | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | 40 | |
| Karina | 54.43 | | 1.19 | | $30.00 | | | |
| Luz | 80 | | | | | | | |
| Moyra | 73.84 | | 1.6 | | $30.00 | | | |
| Olvin | 80 | | | | | | | |
| Stephanie | 33.28 | | | 113.53 | | | | |
| Shruti | | $ 1,500.00 | | | $30.00 | | | |
| Victor | 96.4 | | 1.69 | | | | | |
| Xiomara | 80 | | | | | | | |
| **Totals** | **790.47** | **$5,690.00** | **30.78** | **$340.60** | **$900.00** | **0** | **48** | **$ -** |

*Karen 80 @ $15/hr = $1,200 + .33 @ $22.50 = $7.43 = Total $1,207.43
*Hazel 64 @ $18/hr = $1,152

| Tips 7/10 - 7/23 | Janice | Stephanie | | | | |
|---|---|---|---|---|---|---|
| | $ 27.60 | $ 26.37 | | | | |
| | $ 19.20 | $ 83.40 | | | | |
| | $ 36.00 | $ 66.80 | | | | |
| | $ 72.30 | $ 74.80 | | | | |
| | $ 64.80 | $ 36.40 | | | | |
| | $ 88.20 | $ 24.60 | | | | |
| | $ 50.40 | | | | | |
| **Total** | **$ 388.50** | **$ 312.37** | **$ -** | **$ -** | **$ -** | **$ -** |

$ 670.87

DEF000914

DEF000915

| Tips 7/24 - 8/6 | Janice | A'Karl | | | | | |
|---|---|---|---|---|---|---|---|
| | $ 15.80 | $ 2.00 | | | | | $ - |
| | $ 52.60 | $ 6.00 | | | | | $ - |
| | $ 17.40 | $ 13.60 | | | | | $ - |
| | $ 48.40 | $ 30.00 | | | | | $ - |
| | $ 77.80 | | | | | | |
| | $ 19.44 | | | | | | |
| | $ 7.00 | | | | | | |
| | $ 24.80 | | | | | | |
| | $ 39.80 | | | | | | |
| | $ 43.00 | | | | | | |
| Total | $ 346.04 | $ 51.60 | $ - | $ - | $ - | $ - | $ - |

$ 397.64

July 24 - August 6



| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 76.76 | | | | | | | |
| Aileen | | $ 1,900.00 | | | $30.00 | | | |
| Antonio | 40.8 | | | | | | | |
| Bill | 60.77 | | | | $30.00 | | | |
| Candy | 32.19 | | | | $30.00 | | | |
| Huber | 79.73 | | | $346.04 | $30.00 | | | |
| Janice | | | | | $90.00 | | | |
| Julio | 62.94 | $ 1,870.00 | | | $30.00 | | | |
| Karina | 80 | | | | | | | |
| Luz | 64.79 | | 0.16 | | $30.00 | | | |
| Mayra | 80 | | | | | | | |
| Olvin | | | 1.2 | | | | | |
| Stephanie | 0 | | | | | | | |
| Shruti | 88.06 | $ 1,500.00 | | | $30.00 | | | |
| Victor | 40.27 | | | | | | 40 | |
| Xiomara | | | | | | | | |
| **Totals** | **706.81** | **$5,270.00** | **1.36** | **$346.04** | **$800.00** | **0** | **40** | **$ -** |

*Karen 79.63 @ $15/hr = $1,194.45
*Hazel 64 @ $18/hr = $1,152

DEF000916

August 7 - August 20

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|-------|--------|----|------|---------|-----------|------|------|
| Adriana | 76.91 | | | | $30.00 | | | |
| Aileen | | $ 1,900.00 | | | | | | |
| Antonio | 34.16 | | | | $30.00 | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 61.52 | | | | $30.00 | | | |
| Huber | 31.94 | | | | $30.00 | | | |
| Janice | 51.85 | | | $180.87 | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Karina | 59.43 | | | | | | 40 | |
| Luz | 58.46 | | | | $30.00 | | | |
| Moyra | 62.54 | | | | | | | |
| Olvin | 77.69 | | | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 97.71 | | | | $30.00 | | | |
| Xiomara | 75.75 | | | | | | | |
| **Totals** | **666.96** | **$5,690.00** | **0** | **$180.87** | **$300.00** | **0** | **40  $ -** | **-** |

*Karen 77.14 @ $15/hr = $1,157.10
*Hazel 64 @ $18/hr = $1,152

| Tips 8/7 - 8/20 | | | | | | |
|---|---|---|---|---|---|---|
| $ 7.80 | | | | | | |
| $ 20.00 | | | | | | |
| $ 26.84 | | | | | | |
| $ 22.90 | | | | | | |
| $ 29.00 | | | | | | |
| $ 13.73 | | | | | | |
| $ 2.80 | | | | | | |
| $ 7.80 | | | | | | |
| **Total** | **$ 130.87** | **$  -** | **$  -** | **$  -** | **$  -** | **$  -** |

$ 130.87



DEF000917

August 21 - September 3

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 77.41 | | | | | | | |
| Aileen | | $ 1,900.00 | | | $30.00 | | | |
| Antonio | 48.71 | | | | | | | |
| Bill | | | | | $30.00 | | | |
| Candy | 56.25 | | | | $30.00 | | | |
| Huber | 24.25 | | | | $30.00 | | | |
| Janice | 56.56 | | | $190.26 | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Karina | 59.73 | | | | | | | |
| Luz | 71.49 | | | | | | | |
| Moyra | 55.09 | | | | $30.00 | | | |
| Olvin | 78.48 | | | | $30.00 | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 92.22 | | | | $30.00 | | | |
| Xiomara | 69.03 | | | | | | | |
| **Totals** | **689.22** | **$5,270.00** | **0** | **$190.26** | **$300.00** | **0** | **0 $** | **$ -** |

*Karen 61.88 @ $15/hr = $928.20
*Hazel salary $1600.00
*AKari 80 hrs @$18/hr = $1440.00

| Tips 8/21 - 9/3 | Janice |
|---|---|
| 23-Aug | $ 4.40 |
| 24-Aug | $ 19.26 |
| 25-Aug | $ 37.40 |
| 26-Aug | $ 4.00 |
| 1-Sep | $ 14.40 |
| 2-Sep | $ 14.00 |
| 3-Sep | $ 40.80 |
| Comp | $ 30.40 |
| Corkage | $ 30.00 |
| **Total** | **$ 190.26** |

$ 190.26

September 18 - October 1

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|-------|--------|----|----|--------|-----------|------|------|
| Adriana | 65.77 | | | | $30.00 | | | |
| Aileen | | $ 1,600.00 | | | $30.00 | | | |
| Antonio | 40.51 | $ 420.00 | | | $30.00 | | | |
| Bill | 52.65 | | | | $30.00 | | | |
| Candy | 31.44 | | | | $30.00 | | | |
| Huber | 45.23 | $ 1,870.00 | | $55.40 | $90.00 | | | |
| Janice | | | | | | | | |
| Julio | 35.91 | | | | $30.00 | | | |
| Karina | 72.79 | | | | | | | |
| Luz | 47.71 | | | | $30.00 | | | |
| Moyra | 76.77 | $ 1,500.00 | | | | | | |
| Olvin | | | | | $30.00 | | | |
| Shruti | | | | | | | | |
| Victor | 94.56 | | | | | | | |
| Xiomara | 70.43 | | | | | | | |
| **Totals** | **638.77** | **$5,890.00** | **0** | **$55.40** | **$300.00** | **0** | **0 $ -** | **-** |



*Karen 76.4 @ $15/hr = $1,146
*Hazel salary $1600.00
*AKari 80 hrs @$18/hr = $1440.00

| Tips 9/18 - 10/1 | Janice |
|------------------|--------|
| Tips | $ 41.00 |
| Comp | $ 14.40 |
| **Total** | **$ 55.40** |

$ 55.40

DEF000918

DEF000919

September 18 - October 1



| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|-------|--------|-----|------|---------|-----------|------|------|
| Adriana | 80 | $ | | | | | | |
| Aileen | | 1,600.00 | 3.75 | | $30.00 | | | |
| Antonio | 43.57 | | | | $30.00 | | | |
| Bill | 63.25 | | | | $30.00 | | | |
| Candy | 16.33 | | | | $30.00 | | | |
| Huber | 0 | | | | | | | |
| Janice | | | | | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Karina | 53.46 | | | | $30.00 | | | |
| Luz | 78.05 | | | | | | | |
| Moyra | 0 | | | | | | | |
| Olvin | 79.52 | $ 1,500.00 | | | $30.00 | | | |
| Shruti | 87.41 | | | | | | | |
| Victor | 79.21 | | | | | | | |
| Xiomara | | | | | | | | |
| **Totals** | **580.8** | **$4,970.00** | **3.75** | **$0.00** | **$300.00** | **0** | **0 $** | **-** |

*Karen 77.93 @ $15/hr = $1,168.95

*Hazel salary $1600.00

*AKari 80 hrs @$18/hr = $1440.00

**Tips 9/18 - 10/1**

Tips

Comp

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total** | | | | | | | |

DEF000920

October 2 - October 15

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|------|-------|--------|-----|------|---------|-----------|------|------|
| Adriana | 45.27 | | | | | | 32 | |
| Aileen | | | | $17.00 | $30.00 | | | |
| Antonio | 34.75 | $ 1,900.00 | | | $30.00 | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 62.26 | | | | $30.00 | | | |
| Huber | 31.42 | | | .40 | | | | |
| Janice | 48.5 | | | $196.00 | $90.00 | | | |
| Julio | | $ 1,870.00 | | | | | | |
| Karina | 50.52 | | | | $30.00 | | | |
| Luz | 78 | | | | | | | |
| Moyra | 0 | | | | $30.00 | | | |
| Olvin | 80 | | 4.88 | | | | | |
| Shruti | | $ 1,500.00 | | | $30.00 | | | |
| Victor | 95.21 | | | | | | | |
| Xiomara | 77.96 | | | | | | | |
| **Totals** | **603.89** | **$5,690.00** | **4.88** | **$353.00** | **$300.00** | **0** | **32** | **$  -** |

*Karen 76.53 @ $15/hr = $1,147.95
*Hazel salary $1600.00
*A'Kari 93.49 hrs @$18/hr = $1440.00 + 13.49 hrs @$21 = $283.29 = $1,723.29 + $95 Tips = Total $1,818.29

| Tips 10/2 - 10/15 | Janice | Aileen | Huber | A'Kari | | |
|-------------------|--------|--------|-------|--------|---|---|
| Tips | $ 158.60 | $ 17.00 | | $ 75.00 | | $  - |
| Comp | $ 37.40 | | $40.00 | $ 20.00 | | |
| Extra Night | | | | | | |
| **Total** | **$ 196.00** | **$ 17.00** | **$ 40.00** | **$ 95.00** | **$  -** | **$  -** |

$ 348.00

DEF000921

October 16 - October 31

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 21.06 | | | | | | | |
| Aileen | | $ 1,900.00 | | | $30.00 | | 58.94 | |
| Antonio | 46.21 | | | $10.00 | $30.00 | | | |
| Bill | 0 | | | | $30.00 | | | |
| Candy | 28.11 | | | | $90.00 | | 64 | |
| Janice | | $ 1,870.00 | | $93.60 | | | | |
| Julio | 54.43 | | | | $30.00 | | | |
| Karina | 78.69 | | | | | | | |
| Luz | 62.7 | | | | $30.00 | | | |
| Mayra | 79.58 | | | | | | | |
| Olvin | | $ 1,500.00 | | | | | | |
| Shruti | 88.19 | | | | $30.00 | | | |
| Victor | | | | | | | | |
| Xiomara | 76.2 | | | | | | | |
| **Totals** | 535.17 | $5,270.00 | 0 | $103.60 | $270.00 | 0 | 122.94 | $ - |

*Karen 77.10 @ $15/hr = $1,156.50

*Hazel salary $1000.00

*A'Kari 93.49 hrs @$18/hr = $1440.00 + 13.49 hrs @$21 = $283.29 = $1,723.29 + $95 Tips = Total $1,818.29

| Tips 10/16 - 10/31 | Janice | A'Kari | Aileen | A'Kari | | | |
|---|---|---|---|---|---|---|---|
| Tips | $ 77.69 | $ 365.00 | 10.00 | | | | |
| Comp | $ 16.00 | | | | | | |
| Extra Night | | | | | | | |
| **Total** | $ 93.69 | $ 365.00 | $ 10.00 | $ - | $ - | $ - | $ - |

$ 468.60

DEF000922

October 30 - November 12

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | 0.32 | | | | | |
| Aileen | | $ 1,900.00 | | | $30.00 | | | |
| Antonio | 48.13 | | | | $30.00 | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 31.1 | | | | | | 32 | |
| Janice | 61.28 | | | $195.20 | | | | |
| Julio | 42.84 | $ 1,870.00 | | | $90.00 | | | |
| Karina | 80 | | | | | | | |
| Luz | 65.54 | | 15.8 | | $30.00 | | | |
| Mayra | 80 | | | | $30.00 | | | |
| Olvin | | | 2.3 | | | | | |
| Shruti | 94.79 | $ 1,500.00 | | | $30.00 | | | |
| Victor | 70.97 | | | | | | 8 | |
| Xiomara | | | | | | | | |
| **Totals** | 654.65 | $5,690.00 | 18.42 | $195.20 | $270.00 | 0 | 40 | $  - |

*Karen 78.95 @ $15/hr = $1,184.25
*Hazel salary $1600.00 + $200 Comm = $1800.00
*AKari 93.49 hrs @$18/hr = $1440.00 + 13.49 hrs @$21 = $283.29 = $1,723.29 + $483 Tips = Total $2,206.29

| Tips 10/30 - 11/12 | Janice | AKari | Aileen | AKari | | | |
|---|---|---|---|---|---|---|---|
| Tips | $ 75.20 | $ 463.00 | | | | | $  - |
| Comp | $ 120.00 | | | | | | $  - |
| Extra Night | | $ 20.00 | | | | | $  - |
| | | | | | | | $  - |
| **Total** | $ 195.20 | $ 488.00 | $  - | $  - | | | $  - |

$ 678.20

DEF000923

## November 13 - November 26

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | $30.00 | | | |
| Aileen | | $ 1,900.00 | 1.54 | | | | | |
| Antonio | 47.34 | $ - | | | | | | |
| Bill | | | | | $30.00 | | | |
| Candy | 80 | | 3.61 | | $30.00 | | | |
| Janice | 48.23 | | | $136.09 | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | 40 | |
| Karina | 58.69 | | | | $30.00 | | | |
| Luz | 39.1 | | | | $30.00 | | 40 | |
| Mayra | 80 | | 3.91 | | $30.00 | | | |
| Olvin | 80 | | 10.2 | | | | | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 88.47 | | | | $30.00 | | 40 | $150.00 |
| Xiomara | 8.22 | | | | | | | |
| **Totals** | **610.06** | **$5,270.00** | **19.26** | **$136.09** | **$380.00** | **0** | **120** | **$ 150.00** |

*Karen 80 hrs @ $15/hr = $1,200 + 2.83 hrs OT = $63.68  Total = $1263.68
*Hazel salary $1600.00 + $130.00 Tips = $1730.00
*AKari 64.67 hrs @$18/hr = $1,164.06
* Xiomara 32.10 hrs @ $16/hr = $513.60

## Tips 11/13 - 11/26

| | Janice | Hazel | | | | |
|---|---|---|---|---|---|---|
| Tips | $ 130.09 | $ 130.00 | | | | |
| Comp | $ 6.00 | | | | | |
| Extra Night | | | | | | |
| **Total** | **$ 136.09** | **$ 130.00** | **$ -** | **$ -** | **$ -** | **$ -** |

$ 266.09

DEF000924

**November 27 - December 10**

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 80 | | | | | | | |
| Aileen | | $ 1,900.00 | 1.1 | | $30.00 | | | |
| Antonio | 23.6 | | | | | | | |
| Bill | | $ 420.00 | | | $30.00 | | | |
| Candy | 52.28 | | | | $30.00 | | | |
| Janice | 71.17 | | | $1121.80 | | | | |
| Julio | | $ 1,870.00 | | | $90.00 | | | |
| Karina | 48.83 | | | | $30.00 | | | |
| Luz | 40.93 | | | | $30.00 | | 40 | |
| Mayra | 65.99 | | | | $30.00 | | | |
| Oben | 8.28 | | | | | | 72 | |
| Shruti | | $ 1,500.00 | | | | | | |
| Victor | 94.71 | | | | $30.00 | | 40 | |
| Xiomara | 12.88 | | | | | | | |
| **Totals** | **498.67** | **$5,690.00** | **1.1** | **$1121.80** | **$390.00** | **0** | **192 $ -** | **$ -** |

*Karen 80 hrs @ $15/hr = $1,200 + 4.23 hrs OT = $95.18 Total = $1,295.18

*Hazel salary $1600.00

*AKeri 82.13 hrs @$18/hr = $1,440.00 + 2.13 OT = $57.51 + $13 Tips Total = $1,510.51

* Xiomara 32 hrs @ $16/hr = $512

| Tips 11/27 - 12/10 | Janice | AKeri | | | | | |
|---|---|---|---|---|---|---|---|
| Tips | $ 101.40 | $ 13.00 | | | | | |
| Comp | $ 20.40 | | | | | | |
| Extra Night | | | | | | | |
| | | | | | | | $ - |
| | | | | | | $ - | $ - |
| | | | | | $ - | | |
| | | | $ - | | | | |
| **Total** | **$ 121.80** | **$ 13.00** | | | | | |

$ 134.80

December 11 - December 24

| Name | Hours | Salary | OT | Tips | Mileage | Reimburse | Vaca | Misc |
|---|---|---|---|---|---|---|---|---|
| Adriana | 68.13 | | | $100.00 | $30.00 | $800 remaining week of vacation | | 16 |
| Aileen | | $ 1,900.00 | | | | | | |
| Antonio | 40.38 | | | $10.80 | $30.00 | | | |
| Bill | 58.94 | | | | $30.00 | | | |
| Candy | | $ 1,666.50 | | $10.20 | $30.00 | | | |
| Daniella | 22.87 | | | $3.40 | | | | |
| Janice | | $ 1,870.00 | | | $90.00 | | | |
| Julio | 28.55 | | | | $30.00 | | | |
| Karina | 80 | | | | $30.00 | | | |
| Luz | | | 1.61 | | $30.00 | | | |
| Mayra | 71.32 | | | | $30.00 | | | |
| Olvin | 0 | | | | | | | |
| Shruti | | $ 1,500.00 | | | $30.00 | | | |
| Victor | 90.8 | | | | | | 80 | |
| Xiomara | 46.28 | | | | | | | |
| **Totals** | 507.27 | $6,936.50 | 1.61 | $124.40 | $360.00 | 0 | 96 | $ - |

Checks:
*Karina 80 hrs @ $15/hr = $1,200 + 8.36 hrs OT = $75.60 + $100 Tip for Wedding help = Total = $1,375.60
*Hazel salary $1600.00 + $1000.00 = $2600.00
*AKant 24 hrs @$18/hr = $432
*Xiomara 32 hrs @ $16/hr = $512

| Tips 12/11 - 12/24 | Janice | Daniella | Antonio | Adriana | Koren | |
|---|---|---|---|---|---|---|
| Tips | $ 3.40 | 10.20 | 10.80 | 100.00 | 100.00 | |
| Comp | | | | | | |
| Extra Night | | | | | | |
| **Total** | $ 3.40 | $ 10.20 | $ 10.80 | $ 100.00 | $ 100.00 | $ - |

$ 224.40

DEF000925

| Employee | Hire Date | When Available | Hours Available | Hours Used | Hours Total |
|---|---|---|---|---|---|
| Adriana Velasquez | 7/1/2015 | | 160 | 152 | 8 |
| Alejandra Meneses | 7/1/2021 | | 80 | 30 | 50 |
| Aileen Gonzalez | 2/5/2016 | | 160 | 120 | 40 |
| Candy Pascual | 9/23/2013 | | 200 | 160 | 40 |
| Julio Cesar Ochoa | 7/1/2010 | | 200 | 200 | 0 |
| Luz Carballo De Leon | 3/6/2012 | | 200 | 136 | 64 |
| | | | | | 0 |
| Olvin Zepeda | 1/26/2016 | | 160 | 88 | 72 |
| Victor Diaz | 3/14/2022 | | 40 | 40 | 0 |
| Xiomara Mejia | 5/17/2016 | | 160 | 160 | 0 |

*Karen 78.20 @ $14/hr = $1,095.50

| | |
|---|---|
| 2012 | 11 |
| 2013 | 10 |
| 2014 | 9 |
| 2015 | 8 |
| 2016 | 7 |
| 2017 | 6 |
| 2018 | 5 |
| 2019 | 4 |
| 2020 | 3 |
| 2021 | 2 |

| Vacation Days | Hours |
|---|---|
| 1 Year = 1 Week | 40 Hours |
| 2 Years = 2 Weeks | 80 Hours |
| 3 Years = 2 Weeks | 80 Hours |
| 4 Years = 3 Weeks | 120 Hours |
| 5 Years = 3 Weeks | 120 Hours |
| 6 Years = 3 Weeks | 120 Hours |
| 7 Years = 4 Weeks | 160 Hours |
| 8 Years = 4 Weeks | 160 Hours |
| 9 Years = 4 Weeks | 160 Hours |
| 10+ Years = 5 Weeks* | 200 Hours |

*Max Out at 5 Weeks*

DEF000926

|  | Julio | | | | |
|---|---|---|---|---|---|
|  | Paid | Hours | Owes | Receipts | Paid back to Casa |
| **12/12 - 12/25** | | | | | |
|  | 110 | 101.08 | 8.92 | | 1/13/2023 |
|  | $1,870.00 | $1,718.36 | $151.64 | 1633.36 | $932.11 ck 7604 |
| **12/26 - 1/8** | | | | | |
|  | 110 | 77.67 | 32.33 | | 1/13/2023 |
|  | $1,870.00 | $1,320.39 | $549.61 | 1633.36 | $932.11 ck 7604 |
| **1/9 - 1/22** | | | | | |
|  | 110 | 101.39 | 8.61 | | 1/29/2023 |
|  | $1,870.00 | $1,723.63 | $146.37 | $858.94 | $712.57 ck 7621 |
| **1/23 - 2/5** | | | | | |
|  | 110 | 103.11 | 6.89 | | 2/8/2023 |
|  | $1,870.00 | $1,752.87 | $117.13 | $1,175.33 | $1,058.20 ck |
| **2/6 - 2/19** | | | | | |
|  | 110 | 80.28 | 29.72 | | 2/28/2023 |
|  | $1,870.00 | $1,364.76 | $505.24 | $1,135.07 | $629.83 ck 7640 |
| **2/20 - 3/5** | | | | | |
|  | 110 | 104.33 | 5.67 | | 3/15/2023 |
|  | $1,870.00 | $1,773.61 | $96.39 | $1,316.81 | $1,220.42 ck 7685 |
| **3/6 - 3/19** | | | | | |
|  | 110.00 | 98.75 | 11.25 | | 4/6/2023 |
|  | $1,870.00 | $1,678.75 | $191.25 | $920.70 | $478.53 ck 7690 |
| **3/20 - 4/2** | | | | | |
|  | 110 | 95.24 | 14.76 | | 4/6/2023 |
|  | $1,870.00 | $1,619.08 | $250.92 | $920.70 | $478.53 ck 7690 |
| **4/3 - 4/16** | | | | | |
|  | 110 | 86.8 | 23.2 | | 4/29/2023 |
|  | $1,870.00 | $1,475.60 | $394.40 | $1,157.74 | $763.34 ck 7707 |
| **4/17 - 4/30** | | | | | |
|  | 110 | 105.75 | 4.25 | | 5/19/2023 |
|  | $1,870.00 | $1,797.75 | $72.25 | $1,246.06 | $1093.91 ck 7735 |
| **5/1 - 5/14** | | | | | |
|  | $110.00 | 105.3 | 4.7 | | 5/19/2023 |
|  | $1,870.00 | $1,790.10 | $79.90 | $1,246.06 | $1093.91 ck 7735 |
| **5/15 - 5/28** | | | | | |
|  | $110.00 | $85.79 | 24.21 | | 6/2/2023 |
|  | $1,870.00 | $1,458.43 | $411.57 | $1,165.73 | $754.16 ck 7750 |
| **5/29 - 6/11** | | | | | |
|  | $110.00 | 97.04 | 12.96 | | 6/29/2023 |
|  | $1,870.00 | $1,649.68 | $220.32 | $2,236.70 | $1722.62 ck 7771 |
| **6/12 - 6/25** | | | | | |
|  | $110.00 | 92.72 | 17.28 | | 6/29/2023 |
|  | $1,870.00 | $1,576.24 | $293.76 | $2,236.70 | $1722.62 ck 7771 |
| **6/26 - 7/9** | | | | | |
|  | 110 | 88 | 22 | | 8/10/2023 |
|  | $1,870.00 | $1,496.00 | $374.00 | $1,893.90 | $1203.19 ck 7831 |
| **7/24 - 8/6** | | | | | |
|  | 110 | 91.37 | 18.63 | | 8/10/2023 |

DEF000927

|  | | | | |
|---|---|---|---|---|
| | $1,870.00 | $1,553.29 | $316.71 | $1,893.90 $1203.19 ck 7831 |
| **8/7 - 8/20** | | | | |
| | 110 | 93.42 | 16.58 | 9/1/2023 |
| | $1,870.00 | $1,588.14 | $281.86 | $830.71 $548.85 ck 7852 |
| **8/21 - 9/3** | | | | |
| | 110 | 92.45 | 17.55 | 9/26/2023 |
| | $1,870.00 | $1,571.65 | $298.35 | $1,350.62 $729.27 ck 7877 |
| **9/4 - 9/17** | | | | |
| | 110 | 91 | 19 | 9/26/2023 |
| | $1,870.00 | $1,547.00 | $323.00 | $1,350.62 $729.27 ck 7877 |
| **9/18 - 10/1** | | | | |
| | 110 | 100.87 | 9.13 | 10/21/2023 |
| | $1,870.00 | $1,714.79 | $155.21 | 1428.79 $1081.99 ck 7893 |
| **10/2 - 10/15** | | | | |
| | 110 | 98.73 | 11.27 | 10/21/2023 |
| | $1,870.00 | $1,678.41 | $191.59 | $1,428.79 $1081.99 ck 7893 |
| **10/16 - 10/29** | | | | |
| | 110 | 119.41 | -9.41 | |
| | $1,870.00 | $2,029.97 | -$159.97 | Refund 9.41/hrs to be used as VAC |
| **10/30 - 11/12** | | | | |
| | 110 | 134.15 | -24.15 | |
| | $1,870.00 | $2,280.55 | -$410.55 | Refund 24.15/hrs to be used as VAC |
| **11/27 - 12/10** | | | | |
| | 110 | 109.3 | 0.7 | |
| | $1,870.00 | $1,858.10 | $11.90 | |
| **12/11 - 12/24** | | | | |
| | $110.00 | $107.67 | 2.33 | |
| | $1,870.00 | $1,830.39 | $39.61 | |

DEF000928