# EXHIBIT F



DEF 000013

## Card 004 — A'kari

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Ji Mo 3:32P | Mo 6:30P | | | |
| Au Tu 8:47A | Tu 3:35pm | 12:20 | 12:20 | |
| We 7:05A | We 4:41P | 9:46 | 21:56 | 7:30 |
| Th 6:48A | Th 5:11P | 10:23 | 19:39 | |
| Fr 9:10A | Fr 6:45P | 10:07 | 30:06 | 9:57 |
| Sa 2:59P | Sa 10:17P | 6:56 | 35:32 | |

\*

## Card 100 — Alan

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| Mo 6:59A | Mo 3:09P | 8:15 | 8:10 | |
| Tu 3:22P | | | | |
| We 3:55P | We 9:00P | 5:05 | 13:15 | |
| Th 7:02A | Th 3:01P | 7:59 | 21:14 | |
| Sp Fr 6:56A | | | | |
| Fr 8:05P | | | | |

## Card (Alan — second card)

Come in at 6:56, forgot to clock out until 7:07!

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| 7:07A | 9:25P 7:00AM | | | |
| 6:59P 6:55 AM | | | | |

DEF 000014



Card 090 — Name: Akari — No. 3
| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL |
|---|---|---|---|
| Mo Tu 2:52P | Tu 8:01P | 5:09 | 5:09 |
| We 2:00P | We 9:00P | | |

Card 098 — Name: Akari — No. 4
| START IN | STOP OUT | WORKED HOURS |
|---|---|---|
| Mo Th 1:44P | TH 9:01Pm | |
| Fr 3:20P | FR 8:28Pm | |

Card 081 — Name: Akari — No. 2
| START IN | STOP OUT | WORKED HOURS |
|---|---|---|
| Mo 3:31Pm | Mo 8:07Pm | |
| Thurs 6:31Am | 3:39Pm | |

Card 040 — Name: ASKARI — No. 2

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| De Fr 1:54P | Fr 7:55P | 6:01 | 6:01 | |
| Sa 3:16P | Sa 7:54P | 4:38 | 10:39 | |

Card 036 — Name: ASKARI

| START IN | STOP OUT | WORKED HOURS | ACCUMULATED TOTAL | TASK COMMENTS |
|---|---|---|---|---|
| De Th 7:29A | Th 7:05A | | | |

DEF 000016

079

Name: Alcon  No.
Period:
Hours:  Rate:  Amount:

| START | STOP | WORKED | ACCUMULATED | TASK |
| IN | OUT | HOURS | TOTAL | COMMENTS |
|---|---|---|---|---|
| Mo 3:00P | Mo 9:00P | 6:00 | 6:00 | |
| Tu 2:27P | Tu 8:45P | 6:18 | 12:18 | We 7:00am we 7:05pm |

B = Automatic Break Deduction
SCANNED

Signature
COMPUMATIC™

DEF 000017