# EXHIBIT G

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2

 3    AKARI JOHNSON and
      HAZEL THOMPSON,
 4

 5           Plaintiffs,      CASE NO.:  4:24-cv-10017-JEM

 6    vs.

 7    MMI 82, LLC, and
      THE ENTHUSIAST LLC,
 8

 9           Defendants.

10    _____

11    DEPOSITION OF:     VALERIE RENEE FRAPP

12    DATE TAKEN:        February 26, 2025

13    TIME:              10 a.m. - 1:40 p.m.

14    PLACE:             Everyone appeared remotely
                         via Zoom
15
      REPORTED BY:       MELISSA FERNANDEZ
16                       Court Stenographer

17
      _____
18

19

20

21

22

23

24

25
```

```
 1        A     I did my best.
 2        Q     Could you please explain what you mean by that?
 3        A     So at Casa Morada there was like a flood where the
 4   water had came through into the back office and there's lots of
 5   documents that had been stuck together, like I was trying to
 6   look for some papers but if it had rained on some papers like
 7   if you tried to pull them apart you couldn't.  Everything on
 8   the paper would be blurred from the water damage and so that's
 9   why I'm saying.  I did the best I could.  There were so many
10   papers and they were destroyed.  You couldn't tell what you
11   were looking at they were so stuck together.
12        Q     When you say the documents were destroyed is it the
13   hurricane had hit the building?
14        A     I don't know what that would look like because I'm
15   not from Florida so I don't know how a hurricane hitting would
16   make it look but to me it would be like if the river out here
17   at Tapoco overflowed and came in the office and got up in the
18   filing cabinet how it would stick everything together.  So to
19   me it looked like flood water or if the roof fell in and the
20   rain was coming in.
21        Q     Okay.  I'm going to go ahead and show you what I'm
22   marking as Plaintiff's 3.
23             (Whereupon, Plaintiff's Exhibit 3 was marked for
24        identification.)
25   BY MR. BARROUKH:
```

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF HILLSBOROUGH

 4        I, the undersigned authority, certify that VALERIE RENEE

 5   FRAPP  remotely appeared before me and was duly sworn.

 6        WITNESS my hand and official seal this 26th day of

 7   February, 2025.

 8

 9

10                    _____
                      Melissa Fernandez
                      MELISSA FERNANDEZ
11                    Notary Public - State of Florida
                      Commission No.:  HH 278990
12                    My Commission Expires:  6/21/2026

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                REPORTER'S DEPOSITION CERTIFICATE

 2   STATE OF FLORIDA

 3   COUNTY OF HILLSBOROUGH

 4        I, MELISSA FERNANDEZ, Court Reporter, certify

 5   that I was authorized to and did stenographically report

 6   the foregoing deposition, and that the transcript is

 7   a true record of the stenographic notes.

 8        I further certify that I am not a relative,

 9   employee, attorney, or counsel of any of the parties,

10   nor am I a relative or employee of any of the parties'

11   attorney or counsel connected with the action, nor am

12   I financially interested in the action.

13        Dated this 27th day of May, 2025.

14

15
                     _____
16                   /s/ Melissa Fernandez
                     MELISSA FERNANDEZ
17                   Court Stenographer

18

19

20

21

22

23

24

25
```