UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AKARI JOHNSON and
HAZEL THOMPSON,

       Plaintiffs,                            CASE NO.: 4:24-cv-10017-JEM

v.

MMI 82, LLC and
THE ENTHUSIAST LLC,

       Defendants.
_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANTS' RESPONSE**

THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Motion for an Extension of Time to File a Reply to Defendants' Response [ECF No. 53]. The Court, having considered the Motion and pertinent portions of the record and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED that

1.    The Motion is **GRANTED**.

2.    Plaintiffs shall file their reply to Defendant's Response [ECF No. 51] on or before July 11, 2025.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _____ day of _____, 2025.

                                                    _____
                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record