# EXHIBIT B

Daniella Esther Rodriguez - 6/5/2025

1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 4:4-CV-10017 MARTINEZ SANCHEZ

AKARI JOHNSON, ET. AL.,

    Plaintiff,

vs.

MMI 82, LLC, ET. AL.,

    Defendant.

_____

ZOOM DEPOSITION

Thursday, June 5, 2025

10:00 a.m. - 2:31 p.m.

DEPOSITION OF DANIELLA ESTHER RODRIGUEZ

Taken before JANSEN VIANA, Court Reporter, a Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-styled cause.

38

1   Q    You would --
2   A    I see that.
3   Q    You wouldn't have put your name there if it
4 wasn't you?
5   A    Like I said, I did review the letter. I wrote
6 my name. She helped me write the letter, but I signed
7 off on the letter.
8   Q    Got it. The second paragraph states, in this
9 period of time, they were creating fake invoices
10 through their online companies, Hospitality Hub U.S.A.
11 and iConnect, they were overcharging guests on these
12 said invoices compared to our regular room rates.
13       They would send a link to the guests for a third-
14 party portal for payment where they would receive the
15 funds directly into their account. Is this paragraph
16 correct?
17  A    It is.
18  Q    And it's and Hospitality Hub and iConnect are
19 companies owned by Hazel?
20       MR. BARROUKH: Objection to form.
21  A    I am not sure.
22  Q    (By Mr. Narula) The first paragraph of the
23 letter states that the letter relates to employees
24 Hazel C. Thompson and Akari Thompson and in
25 parentheses, Johnson, who are employed with Casa

```
                                                              39
 1   Morada. Correct?
 2       A    Correct.
 3       Q    So, if the second paragraph references, they
 4   were creating fake invoices. You're referring to Hazel
 5   and Akari, right?
 6       A    I am not sure exactly who was doing the fake
 7   invoices, but it was under them.
 8       Q    What do you mean by under then?
 9       A    Under their name, the companies.
10       Q    Okay. So, the Hospitality Hub and iConnect --
11       A    Correct.
12       Q    -- are Hazel and Akari's companies?
13       A    I'm not a --
14            MR. BARROUKH: Objection to form.
15       A    -- 100% sure.
16       Q    (By Mr. Narula) But are they under their
17   names?
18       A    I am not 100% sure.
19       Q    What do you mean by it? They're under their
20   names?
21       A    I don't recall, honestly at that time, it's
22   already a year ago. So, what I found at that time is
23   what I found, and I wrote, I don't recall exactly right
24   now what was under whose name.
25       Q    Okay. You wrote their online companies,
```

40

1  Hospitality Hub and iConnect by their who are you
2  referring to?
3       A    Like I just mentioned I am not 100% sure you
4  would have to double check online on Sunbiz or wherever
5  you can get that information.
6       Q    At the time that this was written, would you
7  check on Sunbiz?
8       A    Yes, I would have.
9       Q    How did the hotel discover these
10 discrepancies?
11           MR. BARROUKH: Objection to form.
12      A    I was new, I never worked in a hotel, and I
13 was just trying to learn the system, I was playing,
14 looking at the reservations and seeing how they were
15 booked, how many days, the rates.
16      Q    (By Mr. Narula) I understand what you did to
17 investigate, but my question is a little different.
18 How did this come to the attention of the hotel to even
19 look into?
20           MR. BARROUKH: Objection to form, calls for
21      speculation.
22      A    I am not changing. I can't really change my
23 answer. I was just trying to learn my job, my position,
24 the system, and just, I was just looking around and I
25 found stuff.

```
                                                              41
1            MR. NARULA: Okay.
2       A    Yeah, I was just looking around to the
3  reservations, and then I just realized certain big
4  parties or certain stuff was getting paid to the same
5  account, like, the same person was paying. And I
6  thought that was weird. So, then I looked into it.
7       Q    (By Mr. Narula) Okay. Now I got it. You are
8  the one that --
9       A    Yes.
10      Q    -- is looking at the system --
11      A    Yes.
12      Q    -- you saw these discrepancies?  Understood.
13 And what did you do when you saw these discrepancies?
14      A    I brought it to Oneil's attention.
15      Q    Did the hotel take action?
16           MR. BARROUKH: Objection to form. You can
17      answer.
18      A    No.
19      Q    (By Mr. Narula) At the time that you
20 discovered this was Hazel and Akari still employed with
21 the hotel?
22      A    I never met Hazel. I met Akari for 20 seconds
23 when I went in for my interview to meet Oneil at the
24 hotel and that's it. I never had any communication, or
25 never -- nothing after any of that.
```

42

1    Q    So, this letter was drafted after the time
2    Hazel and Akari left the employer hotel?
3    A    Correct.
4    Q    Do you recall around what time that you
5    discovered the discrepancies in the system that you
6    just referenced?
7    A    I did not.
8         MR. BARROUKH: Objection to form. You can
9    answer.
10   Q    (By Mr. Narula) Is it sometime in 2024?
11        MR. BARROUKH: Objection to form.
12   A    I don't recall.
13   Q    (By Mr. Narula) Was it soon after you were
14   employed?
15   A    Possibly.
16   Q    Like within the first month or two?
17   A    I am being as honest as I can be. I don't
18   want to tell you a month and then it was three months.
19   I am not sure.
20   Q    Okay. If I showed you a copy of an e-mail
21   with a date on it referring to a letter, could it
22   refresh your recollection?
23   A    If that's what the e-mail says, and then
24   that's --
25   Q    Okay. I am handing you what we'll mark as

43

1    Exhibit 4. At the bottom of the first page, it says
2    it's an e-mail from you to --
3         A    That was a guess.
4         Q    Louisesprimont@yahoo.
5         A    Sprimont. Louisesprimont@yahoo.com.
6         Q    louisesprimont@yahoo.com spelled, L-O-U-I-S-
7    E-S-P-R-I-M-O-N-T @yahoo.com and this e-mail is dated
8    January 17, 2024, and subject is requested letter,
9    right?
10        A    Correct.
11             (Thereupon, Defendant's Exhibit 4 was entered
12             into the record.)
13        Q    (By Mr. Narula) And the e-mail from you says,
14   Good Evening, Louise, Ellen told me you were requesting
15   a letter to provide you with the credit card companies.
16   Please let me know if you need to make any adjustments.
17   Right?
18        A    Correct.
19        Q    So, this letter was drafted in January 2024?
20        A    Um-hum. Yes.
21        Q    That would be about a month after you started
22   the job?
23        A    Correct.
24        Q    Can you explain what happened to Mr. Primont
25   that he --

```
                                                              62
 1   reservation system for the hotel to the Sheriff.
 2   Correct?
 3        A    Yes.
 4             MR. BARROUKH: Objection to form.
 5             (Thereupon, Defendant's Exhibit 6 was entered
 6             into the record.)
 7        Q    (By Mr. Narula) Okay. And this is a Police
 8   Report. Do you see on the first page towards the
 9   bottom, it says reporting person, Ellen Summers?
10        A    Correct.
11        Q    Okay. And do you see on the last page, do you
12   see the first two suspects, Hazel Thompson?
13        A    Yes.
14        Q    Okay. And in the description below, it says,
15   on January 3rd, 2024, I responded to Casa Morada
16   Boutique Hotel located at 136 Madeira Road Islamorada,
17   Florida, within Monroe County, in reference to Grand
18   Theft, right?
19        A    Correct.
20        Q    This is related to the incident you described
21   earlier, right?
22        A    Yes.
23        Q    That also relates to Exhibit 3 in your -- the
24   letter that we marked as Exhibit 3?
25        A    Yes.
```

63

1    Q    Okay. And in fact, on the second page, you
2 see that one of the victims is Louise Sprimont, right?
3    A    Correct.
4    Q    She's the same lady that you exchange e-mails
5 with regarding your letter, which we marked as Exhibit
6 3, right?
7    A    Correct.
8    Q    Okay. Do you see that there's several victims
9 here on Page 2. The first one is Sabine, Wiedebach
10 Dartnell, W-I-E-D-E-B-A-C-H D-A-R-T-N-E-L-L?
11   A    Yes.
12   Q    Do you recognize that name?
13   A    I do.
14   Q    And was she also a victim of fraud?
15        MR. BARROUKH: Objection to form. Assuming
16   facts are not in evidence, calls for speculation.
17   A    She was a guest. I just recall seeing her
18 name on the system.
19   Q    (By Mr. Narula) Okay. And she was someone who
20 made a credit card dispute?
21        MR. BARROUKH: Objection to form.
22   A    I don't recall. The only one I can honestly
23 recall is Louise because I spoke back and forth with
24 her for quite some time, but I don't recall any of the
25 other names.

64

1  Q   (By Mr. Narula) So in addition to Sabine
2  Wiedebach and Louise Sprimont there's also a third
3  victim listed by the name of Cassandra Russell. Do you
4  recognize her name?
5  A   So, I believe -- so this, I don't know if it
6  was a birthday party or a wedding. It was some kind of
7  event that was under Louise Sprimont. So, the whole
8  reservation was under Louise and then the rooms were
9  booked under her guests. So, I don't recall these
10 names. It was all under Louise Sprimont. I believe
11 these were her guests.
12 Q   So, is it all under one master reservation?
13 A   Correct.
14 Q   These are just different rooms --
15 A   Correct.
16 Q   -- associated with that reservation?
17 A   Correct.
18 Q   As specific to the third victim Cassandra
19 Russell. Do you recognize that name?
20 A   I do not.
21 Q   Do you see that she lives in Glenview,
22 Illinois?
23 A   I am sorry. What page are you on?
24 Q   Same page, 2 under her name you will see an
25 address.

65

```
1      A    Yes, that's a different location than Ms.
2   Sprimont who's in Winter Park, Florida. Right?
3      A    Um-hum. Correct.
4      Q    On the next page there's a fourth victim
5   listed. It's Kristen Howard. Do you recognize that
6   name?
7      A    I do not.
8      Q    Okay. And on the next slide, there's a
9   business listed as a victim, Casa Morada Resort.
10  Correct?
11     A    Yes.
12     Q    This report was compiled based on the
13  information that you provided to the police. Right?
14          MR. BARROUKH: Objection to form.
15     A    That Ellen provided.
16     Q    (By Mr. Narula) That Ellen provided?
17     A    Yes.
18     Q    You collected the information --
19     A    Yes.
20     Q    -- and gave it to Ellen.
21     A    And she helped me as well.
22     Q    Okay. And the information that you and Ellen
23  collected was provided to the police?
24     A    Yes.
25     Q    And that's what gave rise to this police
```

66

1 report?

2 A Yes.

3 MR. BARROUKH: Objection to form. You can
4 answer.

5 Q (By Mr. Narula) Do you see on Page 4 there's
6 a charge listed at Grand Theft, and it says felony?
7 Are you aware of whether the police ever proceeded with
8 criminal charges in connection with this matter?

9 A I am not aware.

10 Q On the last page, the reporting officer is
11 Mary Matthews. Did you have any interaction with Mary
12 Matthews?

13 A I saw her on property, but I didn't verbally
14 speak with her.

15 Q Would you recognize her if you saw her again?

16 MR. BARROUKH: Objection to form.

17 A Honestly, not really.

18 Q (By Mr. Narula) Okay. You could put that
19 aside. I am showing you what we'll mark as Exhibit
20 Number 7, which is a separation and release agreement
21 between the hotel and you. Do you recognize it?

22 A Yes.

23 (Thereupon, Defendant's Exhibit 7 was entered
24 into the record.)

25 Q (By Mr. Narula) Did you sign the document on

CERTIFICATE OF OATH

I, JANSEN VIANA, Court Reporter, Notary Public, State of Florida, certify that DANIELLA ESTHER RODRIGUEZ personally appeared before me on the 5th day of June 2025, and was duly sworn.

Signed this 20th day of June 2025.

_____*Jansen Viana*_____
JANSEN VIANA, Court Reporter
Notary Public, State of Florida
Commission No. HH678164
Commission Expires: 05/21/2029

```
                                                               191
 1
 2                      CERTIFICATE OF REPORTER
 3
 4
 5
 6
 7        I, JANSEN VIANA, Court Reporter, certify that I was
 8   authorized to and did report the Deposition of DANIELLA
 9   ESTHER RODRIGUEZ; that a review of the transcript was
10   requested; and that the transcript is a true and correct
11   record of my notes.
12        I further certify that I am not a relative, employee,
13   attorney, or counsel of any of the parties, nor am I a
14   relative or employee of any of the parties, attorneys or
15   counsel connected with the action, nor am I financially
16   interested in the action.
17
18        Dated this 20th day of June 2025.
19
20                        _____Jansen Viana_____
21                        JANSEN VIANA, Court Reporter
22
23
24
25
```