# EXHIBIT B

# Transcript of the Testimony of
# Aileen Gonzalez

June 17, 2025

Akari Johnson, ET AL. v. MMI 82, LLC, ET. AL.,



YM Legal Services
info@ymlegalservices.com
ymlegalservices.com

178

1  Q   Regardless of who drafted this document, are
2  the statements made in your declaration true and
3  accurate to the best of your knowledge?
4  A   Yes.
5  Q   Okay. Earlier today you mentioned that during
6  your time working at Casa Morada, you were aware of
7  some documents being destroyed. Can you elaborate a
8  little bit more on that?
9  A   It was just when we lost the storage house, I
10 kept telling him that we needed to find a storage place
11 or get storage in the hotel so that we could hold
12 those.  It was audits, employee information, things
13 like that.  They were just thrown into a dumpster.
14 Q   What type of audits?
15 A   Hotel audits, like end of night audits.
16 Q   And what type of employee information was
17 destroyed?
18 A   Any applications, any previous employee
19 information, if they were terminated, what they were
20 terminated for, if they had a write-up, things like
21 that.
22 Q   Do you know if there were any time or pay
23 records that were destroyed?
24 A   Yes, everything was destroyed. We basically
25 started new.

179

1  Q   Around that time that you lost or the hotel
2  lost the storage house and those documents were
3  destroyed. Can you give me an approximate timeframe?
4      A   Of when they were -- when we lost the place?
5      Q   Correct.
6      A   That was in 2020 around November-ish.
7      Q   Had you ever been to that storage house?
8      A   Yes, everybody had.
9      Q   About how often would you go there?
10     A   Every day, at least four or five times a day.
11 Mostly because laundry was attached there and if we
12 needed things for the hotel, that's where we would
13 store it.
14     Q   So, you saw specifically what was being
15 stored in that storage house?
16     A   Yes.
17     Q   And when were those documents destroyed?
18     A   Same time in November, we had to be out of
19 there.
20     Q   Do you know if the documents that were
21 destroyed included clock in and clock out records for
22 the employees of the hotel?
23     A   Yes.
24     Q   Do you know if that included time records of
25 current employees of the hotel?

```
                                                             180
 1       A    Some -- yes, there are some that have been
 2   there for years.
 3       Q    Okay. Did those documents include pay records
 4   as well as time records?
 5       A    Included everything, pay records, expense
 6   reports, everything for about seven years worth.
 7       Q    Whose decision was it to destroy all those
 8   documents?
 9       A    O'Neale's.
10       Q    How did O'Neale go about destroying those
11   documents after he decided to destroy them?
12       A    We rented a dumpster and threw everything
13   into the dumpster.  So, it was records mixed with
14   filing cabinets, mixed with furniture, mixed with --
15   sorry, a whole bunch of different stuff.
16       Q    Do you know who rented the dumpster?
17       A    Casa Morada.
18       Q    Do you know which employee or individual
19   associated with Casa Morada actually went about renting
20   that dumpster?
21       A    I did.
22       Q    You did.  At O'Neale's order?
23       A    Yes.
24       Q    Do you know the name of the company that Casa
25   Morada rented the dumpster from?
```

```
                                                                 181
1        A     Discount Rock & Sand.
2        Q     So, was that just a one-time rental?
3        A     For that time, yes.
4        Q     Had Casa Morada done business with Discount
5    Rock & Sand on other occasions other than --
6        A     Yes.
7        Q     -- that incident where --
8        A     Yes.
9        Q     For what type of situations would Casa Morada
10   do business with Discount Rock & Sand?
11       A     For our sand on the property, we ordered sand
12   from them about two, maybe three times a year,
13   depending on how bad the hurricane season was. And for
14   dumpsters when we were doing renovations and things
15   like that.
16       Q     Was it customary for Casa Morada -- pardon
17   me. Was it customary for Casa Morada to destroy its
18   employees' time or pay records?
19             MR. NARULA:  Object to form.
20   BY MR. LAROU:
21       Q     You can answer.
22       A     I don't know.  That was the first time that I
23   had been asked to get rid of anything.
24       Q     Okay. Are there any other occasions that
25   you're aware of Casa Morada destroying personnel
```

```
                                                              184
1    estimate, was he working either before or after his
2    schedule shift?
3         A    Mostly after.
4         Q    Mostly after.  About how often?
5         A    Couple of times a week.
6         Q    Okay. Next, I want to go to Defendant's
7    Exhibit 12 --  cards -- time cards. You can take a
8    minute to look through these documents -- I'm sorry,
9    this document if you need to. Was Akari required to
10   punch in and out in the time clock system every shift
11   you worked?
12        A    Yes.
13        Q    As far as you're aware, during the time that
14   you were working in the hotel, is this the extent of
15   Akari's time cards or were there more?
16        A    There was way more.
17        Q    There were way more?
18        A    Yes.
19        Q    Is there any reason that you can think that
20   they wouldn't exist anymore?
21             MR. NARULA:  Objection, form.
22        A    I don't know.
23   BY MR. LAROU:
24        Q    What would you do with the time cards after
25   they were submitted to you?
```

```
                                                              196
 1
 2                       CERTIFICATE OF OATH
 3
 4
 5
 6
 7        I, KHALED ELMOUSSA, Court Reporter, Notary Public,
 8   State of Florida, certify that AILEEN GONZALEZ personally
 9   appeared before me on the 17th day of June, 2025, and was
10   duly sworn
11           Signed this 24th day of June 2025.
12
13
14                           _____Khaled Elmoussa_____
15                           KHALED ELMOUSSA, Court Reporter
16                           Notary Public, State of Florida
17                           Commission No. HH 566837
18                           Commission Expires: 6/30/28
19
20
21
22
23
24
25
```