IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 4:24-cv-10017-JEM

AKARI JOHNSON and
HAZEL THOMPSON,

    Plaintiffs,

v.

MMI 82, LLC and
THE ENTHUSIAST, LLC,

    Defendants.
_____/

## MEDIATION REPORT

This matter was mediated before the undersigned mediator on July 15th, 2025. The mediation was conducted via Zoom teleconference, and all parties participated. The matter resolved. The parties will file appropriate dismissal paperwork.

Dated: July 16, 2025

                              Respectfully Submitted,

                              *Robyn S. Hankins*
                              Certified Mediator – Florida Supreme Court
                              Florida Bar No. 0008699
                              ROBYN S. HANKINS, P.L.
                              1217 Merlot Dr.
                              Palm Beach Gardens, Fl.  33410
                              Telephone: (561) 721-3890
                              robyn@hankins-law.com
                              scott@hankins-law.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: */s/Robyn Hankins*
Robyn Hankins