**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

AKARI JOHNSON and
HAZEL THOMPSON,

        Plaintiffs,                                    CASE NO.: 4:24-cv-10017-JEM

v.

MMI 82, LLC and
THE ENTHUSIAST LLC,

        Defendants.
_____/

## **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, United States Code, Section 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and voluntarily consent to have the United States Magistrate Judge currently assigned to this case, Eduardo I. Sanchez, conduct any and all further proceedings in this case and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Respectfully submitted this 21st day of July 2025,

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC** | **CALDERA LAW PLLC** |
| */s/ Daniel J. Barroukh* | */s/ Anthony Narula* |
| Daniel J. Barroukh, Esq. | Anthony V. Narula, Esq. |
| Florida Bar No.: 1049271 | Florida Bar No.: 56546 |
| DEREK SMITH LAW GROUP, PLLC | CALDERA LAW PLLC |
| 520 Brickell Key Drive, Suite O-301 | 7293 NW 2nd Ave |
| Miami, Florida 33131 | Miami, Florida 33150 |
| Tel: (786) 688-2335 | anthony@caldera.law |
| danielb@dereksmithlaw.com | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |